/2005 10:55 FAX  3012721919    CLARK CONSTRUCTION    ☑002/004

$ 301,208.62

# PAYMENT BOND
## (Subcontract)

Bond No. 8694412

KNOW ALL MEN BY THESE PRESENTS, That  Jefferson Millwork & Design, Inc.
44098 Mercure Circle, Ste. 115 Sterling, VA  20166-2018    (hereinafter called the "Principal"),
as Principal and  Fidelity and Deposit Company of Maryland
707 East Main Street, Suite 1800  Richmond, VA 23218
a corporation organized and existing under the laws of the State of _____ MD _____, (hereinafter called the "Surety"), as Surety, are held and firmly bound unto **THE CLARK CONSTRUCTION GROUP, INC., 7500 OLD GEORGETOWN ROAD, BETHESDA, MARYLAND 20814** (hereinafter called the "Obligee"), in the sum of  Two Million One Hundred Twenty Thousand Dollars and 00/100                    ($ 2,120,000.00              ), for the payment of which sum well and truly to be made, the said Principal and Surety bind themselves, and their respective heirs, administrators, executors, successors and assigns, jointly and severally, firmly by these presents.

WHEREAS, the Obligee has been awarded a contract (hereinafter called the "Prime Contract"), by  The International Monetary Fund, 700 19th Street, NW, Washington, DC    (Owner) for  The International Monetary Fund Office Building    (Project Name),
Washington, DC    (Project Address) and;

WHEREAS, the Principal has entered into a written Subcontract with the Obligee, dated ____ April 10, 2003 ____ to perform, as Subcontractor, certain portions of the work in connection with said Prime Contract, consisting of the work described in Exhibit B and elsewhere in the Subcontract, which Subcontract is hereby referred to and made a part hereof.

NOW, THEREFORE, THE CONDITION OF THIS OBLIGATION IS SUCH, that if the Principal shall promptly make payment to all persons supplying labor and material in the prosecution of the work provided for in said Subcontract and any and all modifications of said Subcontract that may hereafter be made, then this obligation shall be null and void; otherwise it shall remain in full force and effect.

The said Surety agrees that no change, extension of time, alteration, addition, omission, or other modification of the terms of either the said Subcontract or the said Prime Contract, or both, or in the said work to be performed, or in the specifications, or in the plans, shall in anywise affect its obligation on this Bond, and it does hereby waive notice of any such changes, extensions of time, alterations, additions, omissions, and other modifications.

The said Principal and the said Surety agree that this Bond shall inure to the benefit of all persons supplying labor and material in the prosecution of the work provided for in said Subcontract, as well as to the Obligee, and that such persons may maintain independent actions upon this Bond in their own names.

IN WITNESS WHEREOF, the above bounden parties have executed this instrument under their several seals this 16th day of ____ April ____ 2003 ____, the name and corporate seal of each corporate party being hereto affixed and these presents duly signed by its undersigned representative, pursuant to authority of its governing body.

Jefferson Millwork & Design, Inc.

(Principal)                    (Seal)
44098 Mercure Circle, Ste. 115
Sterling, VA 20166-2018
(Business Address)

Witness:

By _____ — President
(Signature and Title)

Or Secretary's Attest

Fidelity and Deposit Company of Maryland
(Surety)                    (Seal)
707 East Main Street, Suite 1800
Richmond, VA 23218
(Business Address)

By Patricia L. Lewis
(Signature and Title)

Witness:

Or Secretary's Attest
Frank C. Roddey, Jr.

Patricia L. Lewis        Attorney-in-Fact

Form 510 01/98



**PLAINTIFF'S EXHIBIT**
A

ALL-STATE LEGAL SUPPLY CO.

2005 10/19 08:45 FAX                    Jefferson Millwork              41003
05/10/2004  12:06  5615861120           DLIINCORPORATED                 PAGE 02/05





# ARCHITECTURAL MILLWORK
# INSTALLATION

### 3599 23rd Ave. So., Suite 6
### Lake Worth, Florida 33461
### Office: (561) 586-1118 • Fax: (561) 586-1120

**QUOTE**

2081

Est. Date
May 10, 2004

Page:
1

Jefferson Millwork & Design
44098 Mercure Circle
Sterling, VA 20166

Job Name: IMF

| Description | Amount |
|---|---|
| Labor, Supervision, Fasteners and Equipment necessary to install the following as per Shop Drawings dated 11/12/03 as per the attached scope: | 571,800.00 |
| EXCLUSIONS: (SEE ATTACHED) | |
| **Total** | **571,800.00** |

PLAINTIFF'S
EXHIBIT
B
ALL-STATE LEGAL SUPPLY CO.

2006 10/19 08:45 FAX                    Jefferson Millwork                    ⓰004
05/18/2004  12:06    5615861128              DLI INCORPORATED              PAGE  03/06

IS BASED ON SHOP DRAWINGS DATED 11/12/03
DRAWING LOG: A1.1a to A1.1g,[7 Pages], A1.2a,A2.1a, A2.2a,A1.3a to A3.3a[18 Pages]
A4.0 to A4.1f[7 Pages], B1.1a to B1.2b, B1.3a to B1.3f, B1.4a, B1.4b, B3.1a, B3.1b, B4.1a, B4.1b,    [16 Pages]
C1.0 to C1.12, C3.0 to C3.4[18 Pages], D1.1a to D1.3b, D1.4a to D1.4b, D1.5a to D1.7b, D1.8a to D1.8h,
D2.0 to D2.4a, D2.5a, D2.6a to D2.8a, D3.1a, D3.2a, D3.3a to D3.5d, D3.8a, D3.8b, D3.9a to D3.9d, D3.10a to
D3.10b[59 Pages], D1.9a, D1.9b ONLY. ALL OTHERS WILL BE AN ADD.

| ITEM # | ROOM | DETAIL | DESCRIPTION | QTY | UNIT | UNIT |
|--------|------|--------|-------------|-----|------|------|
| 1 | 1-052 | 01/A1.1a | Vanity[Stnlss Stl & Crian] | 1 | 16 | lf |
|  | 1-054 | 01/A1.1a | Vanity[Stnlss Stl & Crian] | 1 | 16 | lf |
|  | 1-008 | 01/A1.1a | Vanity[Stnlss Stl & Crian] | 1 | 2.5 | lf |
|  | 1-009 | 01/A1.1a | Vanity[Stnlss Stl & Crian] | 1 | 2.5 | lf |
|  | 2-031 | 01/A1.1a, | Vanity[Stnlss Stl & Crian] | 1 | 10 | lf |
|  | 3-034 | 01/A1.1a | Vanity[Stnlss Stl & Crian] | 1 | 7.5 | lf |
|  | 3-061 | 01/A1.1a | Vanity[Stnlss Stl & Crian] | 1 | 7 | lf |
|  | 3-058 | 01/A1.1a | Vanity[Stnlss Stl & Crian] | 1 | 7 | lf |
|  | 3-102 | 01/A1.1a | Vanity[Stnlss Stl & Crian] | 1 | 15.5 | lf |
|  | 3-104 | 01/A1.1a | Vanity[Stnlss Stl & Crian] | 1 | 15.5 | lf |
|  | 4-060,T-018 | 01/A1.1a | Vanity[Stnlss Stl & Crian] | 9 | 8 | lf |
|  | 4-062,T-016 | 01/A1.1a | Vanity[Stnlss Stl & Crian] | 9 | 8 | lf |
|  | 4-010,T-008 | 01/A1.1a | Vanity[Stnlss Stl & Crian] | 9 | 8 | lf |
|  | 4-008,T-006 | 01/A1.1a | Vanity[Stnlss Stl & Crian] | 9 | 8 | lf |
| 2 | CA-1-027-C | 01/A1.2a | Plam Counter | 1 | 15.6 | lf |
|  | 1-017 | 02/A1.3a | Coat Shelves w/Rod | 1 | 20.5 | lf |
|  | 1-017 | 02/A1.3a | Shelves w/Standards | 1 | 102 | lf |
|  | 1-025 | 03/A1.5a | Shelves w/Standards | 1 | 104 | lf |
|  | 1-029 | 03/A1.6a | Shelves w/Standards | 1 | 134 | lf |
|  | 1-086 | 03/A1.7a | Shelves w/Standards | 1 | 37.5 | lf |
|  | 1-068 | 04/A1.7a | Shelves w/Standards | 1 | 40 | lf |
|  | 1-070 | 02/A1.8a | Shelves w/Standards | 1 | 40 | lf. |
|  | 1-027 | 02/A1.8a | Shelves w/Standards | 2 | 3 | lf |
|  | CA-2-058-A | 02/A2.1a | Plam Counter | 1 | 10.5 | lf |
|  | CA-2-067-A | 03/A2.2a | Plam Counter | 1 | 10 | lf |
|  | CA-2-081-A | 02/A2.3a | Coat Shelves w/Rod | 1 | 7.5 | lf |
|  | 2-042 | 03/A2.4a | Shelves w/Standards | 1 | 46.5 | lf |
|  | 3-125 | 03/A3.1a | Shelves w/Standards | 1 | 47.5 | lf |
|  | 3-131 | 05/A3.1a | Shelves w/Standards | 1 | 47.5 | lf |
|  | 3-127 | 04/A3.1a | Shelves w/Standards | 1 | 47.5 | lf |
|  | 3-128 | 04/A3.1a | Shelves w/Standards | 1 | 47.5 | lf |
|  | 3-129 | 04/A3.1a | Shelves w/Standards | 1 | 47.5 | lf |
|  | 3-130 | 04/A3.1a | Shelves w/Standards | 1 | 47.5 | lf |
|  | 3-014 | 04/A3.2a | Shelves w/Standards | 1 | 27.5 | lf |
|  | 3-016 | 05/A3.2a | Shelves w/Standards | 1 | 27.5 | lf |
|  | 3-036 | 06/A3.2a | Shelves w/Standards | 1 | 27.5 | lf |
|  | 3-010 | 02/A3.3a | Coat Shelves w/Rod | 1 | 6 | lf |
|  | 3-024 | 02/A3.3a | Coat Shelves w/Rod | 1 | 6 | lf |
|  | 3-034 | 02/A3.3a | Coat Shelves w/Rod | 1 | 6 | lf |
|  | 0 |  | 0 NO FLOORING PRICED | 0 | 0 | 0 |
| 3 | 4-012 | 01/A4.1a[Typ] | Stair Treads & Risers[Rad] | 1 | 19 | ea |
|  | 6-003 | 01/A4.1a[Typ] | Stair Treads & Risers[Rad] | 1 | 19 | ea |
|  | 8-003 | 01/A4.1a[Typ] | Stair Treads & Risers[Rad] | 1 | 19 | ea |
|  | 10-003 | 01/A4.1a[Typ] | Stair Treads & Risers[Rad] | 1 | 19 | ea |
|  | 5-003 | 01/A4.1a[Typ] | Stair Treads & Risers[Rad] | 1 | 19 | ea |
|  | 7-003 | 01/A4.1a[Typ] | Stair Treads & Risers[Rad] | 1 | 19 | ea |
|  | 9-003 | 01/A4.1a[Typ] | Stair Treads & Risers[Rad] | 1 | 19 | ea |
|  | 11-003 | 01/A4.1a[Typ] | Stair Treads & Risers[Rad] | 1 | 19 | ea |

| | | | | | |
|---|---|---|---|---|---|
| | 5-002 | 01/A4.1a[Typ] | Stair Treads & Risers[Rad] | 1 | 19 ea |
| | 7-004 | 01/A4.1a[Typ] | Stair Treads & Risers[Rad] | 1 | 19 ea |
| | 9-002 | 01/A4.1a[Typ] | Stair Treads & Risers[Rad] | 1 | 19 ea |
| | 11-002 | 01/A4.1a[Typ] | Stair Treads & Risers[Rad] | 1 | 19 ea |
| | 4-051 | 01/A4.1a[Typ] | Stair Treads & Risers[Rad] | 1 | 19 ea |
| | 6-002 | 01/A4.1a[Typ] | Stair Treads & Risers[Rad] | 1 | 19 ea |
| | 8-002 | 01/A4.1a[Typ] | Stair Treads & Risers[Rad] | 1 | 19 ea |
| | 10-002 | 01/A4.1a[Typ] | Stair Treads & Risers[Rad] | 1 | 19 ea |
| 4 | 1-064 | 03,04/B1.1a | Folding Door Panels | 30 | 1 ea |
| | 1-028 | 3,3a/B1.2a | Folding Door Panels | 12 | 1 ea |
| | 1-024 | 4,4a/B1.1a | Folding Door Panels | 12 | 1 ea |
| | 1-064 | 01/B1.3c | Wall Panels | 1 | 945 sf |
| | 1-064 | 02/B1.3c | Wainscot Panels[Radius] | 1 | 440 sf |
| | 1-064 | 03/B1.3c | Wainscot Panels[Radius] | 1 | 352 sf |
| | 1-064 | 01/B1.3d | Wall Panels | 1 | 504 sf |
| | 1-064 | 02/B1.3d | Wall Panels | 1 | 86 sf |
| | 1-064 | 03/B1.3d | Wainscot Panels[Radius] | 1 | 70 sf |
| | 1-064 | 04/B1.3d | Wall Panels | 1 | 88 sf |
| | 1-064 | 05/B1.3d | Wall Panels | 1 | 658 sf |
| | 1-064 | 06/B1.3d | Wall Panels | 1 | 84 sf |
| | 1-064 | 07/B1.3d | Wainscot Panels[Radius] | 1 | 150 sf |
| | 1-064 | 08/B1.3d | Wainscot Panels | 1 | 24 sf |
| | 1-064 | 09/B1.3d | Wainscot Panels | 1 | 10 sf |
| | 1-064 | 010/B1.3d | Wainscot Panels | 1 | 50 sf |
| | 1-064 | 011/B1.3d | Wainscot Panels[Radius] | 1 | 40 sf |
| | 1-028 | 07/B1.4a | Wainscot Panels | 1 | 125 sf |
| | 1-028 | 08/B1.4a | Wainscot Panels | 1 | 75 sf |
| | 1-028 | 09/B1.4a | Wainscot Panels | 1 | 70 sf |
| | 1-028 | 010/B1.4a | Wainscot Panels | 1 | 72 sf |
| | 1-024 | 02/B1.4b | Wainscot Panels | 1 | 125 sf |
| | 1-024 | 03/B1.4b | Wainscot Panels | 1 | 75 sf |
| | 1-024 | 04/B1.4b | Wainscot Panels | 1 | 70 sf |
| | 1-024 | 05/B1.4b | Wainscot Panels | 1 | 72 sf |
| | 3-012 | 01/B3.1b | Wainscot Panels | 1 | 84 sf |
| | 3-012 | 02/B3.1b | Wainscot Panels | 1 | 85.5 sf |
| | 3-012 | 03/B3.1b | Wainscot Panels | 1 | 103 sf |
| | 3-020 | 04/B3.1b | Wainscot Panels | 1 | 84 sf |
| | 3-020 | 05/B3.1b | Wainscot Panels | 1 | 85.5 sf |
| | 3-020 | 06/B3.1b | Wainscot Panels | 1 | 117 sf |
| | 3-038 | 07/B3.1b | Wainscot Panels | 1 | 84 sf |
| | 3-038 | 08/B3.1b | Wainscot Panels | 1 | 85.5 sf |
| | 3-038 | 09/B3.1b | Wainscot Panels | 1 | 117 sf |
| | 3-007 | 10/B3.1b | Wall Panels | 1 | 110 sf |
| | 3-019 | 11/B3.1b | Wall Panels | 1 | 85 sf |
| | 3-012,20,38 | 12/B3.1b | Wainscot Panels | 3 | 30 sf |
| | 4-012 | 03/B4.1b | Wall Panels | 1 | 323 sf |
| | 6-003 | 03/B4.1b | Wall Panels | 1 | 323 sf |
| | 8-003 | 03/B4.1b | Wall Panels | 1 | 323 sf |
| | 10-003 | 03/B4.1b | Wall Panels | 1 | 323 sf |
| | 4-051 | 04/B4.1b | Wall Panels | 1 | 370 sf |
| | 6-002 | 04/B4.1b | Wall Panels | 1 | 370 sf |
| | 8-002 | 04/B4.1b | Wall Panels | 1 | 370 sf |
| | 10-002 | 04/B4.1b | Wall Panels | 1 | 370 sf |
| 5 | 1-024A | 01/C1.1 | Doors w/Wd Pnld Frames | 2 | 2 Pr |
| | 1-024B | 01/C1.1 | Doors w/Wd Pnld Frames | 2 | 2 Pr |
| | 1-028A | 01/C1.1 | Doors w/Wd Pnld Frames | 2 | 2 Pr |
| | 1-028B | 01/C1.1 | Doors w/Wd Pnld Frames | 2 | 2 Pr |

02/05/2006  15:17    5615861140              DLI INCORPORATED                    PAGE  20/29

# PURCHASE ORDER

**JEFFERSON MILLWORK & DESIGN**

SHIPPING & MAILING
44958 MERCURE CIRCLE
STE# 115
STERLING, VA 20166
Phone: 703-260-3370
Fax: 703-260-3371

DLI INCORPORATED
1825 2ND AVENUE NORTH
LAKE WORTH FL 33461

Contact: DAN
Phone: (561) 586-1118
Fax: (561) 586-7401
Deliver to: Jefferson Millwork & Design

| | PAYMENT TERMS | | |
|---|---|---|---|
| ☐ | C.O.D. | | |
| ☐ | 2% 10 Day Net | | |
| ☑ | 30 Days Net | | |
| ☐ | Visa/Mastercard | | |

| | FREIGHT TERMS |
|---|---|
| ☐ | Prepaid |
| ☐ | Collect |
| ☐ | OTHER: |

Order Date
Shipping Date
Shipping Method
Purchaser

026753

3/22/2005
3/22/2005

| Job | Job Name | Cost Code | Item | Description | Qty | U/M | Unit Price | Amount | Tax |
|---|---|---|---|---|---|---|---|---|---|
| 13-949 | IMFHC2 | 13-030 | | IMP INSTALLATION COMPLETE | 1.00 | EA | 527,340.00 | 527,340.00 | |

Total Order Value: $527,340.00
Grand Total: $ 527,340.00     $0.00

Receipt Verified:

PLAINTIFF'S
EXHIBIT

ALL-STATE LEGAL SUPPLY CO.

02/10/2006 11:20 FAX 847 432 8950          EMALFARB, SWAN&BAIN                                ☒030/030

**D.I.I. Incorporated**
**Invoice Register**
**For the Period From Oct. 13, 2004 to Dec 31, 2006**

# IMF SUMMARY

| Date | Invoice | Name | Amount | Amt Rec'vd | Purchase Order No | Note | |
|---|---|---|---|---|---|---|---|
| 2/7/05 | 4150 | Jefferson Mill | 140,559.40 | 140,559.40 | IMF Contract | Jan 05 | 0.00 |
| 3/18/05 | 4239 | Jefferson Mill | 140,000.00 | 140,000.00 | IMF Contract | Feb 05 | |
| 4/8/05 | 4264 | Jefferson Mill | 81,203.08 | 81,203.08 | IMF Contract | March 05 | |
| 4/18/05 | 4273 | Jefferson Mill | 98,382.40 | 98,382.40 | IMF Contract | April 05 | |
| 5/18/05 | 4300 | Jefferson Mill | 83,351.12 | 42,617.00 | IMF Contract | May 05 | 40,734.12 |
| | | | 543,496.00 | 502,761.88 | | | |
| 8/23/05 | 4400 | Jefferson Mill | 10,505.00 | 10,505.00 | IMF - Bistro | Extras | 0.00 |
| 8/25/05 | 4404 | Jefferson Mill | 7,370.00 | | IMF Credenzas | Extras | 7,370.00 |
| 11/1/04 | 4001 | Jefferson Mill | 2,750.00 | 2,695.00 | IMF Extras | Extras | 55.00 |
| 11/30/04 | 4040 | Jefferson Mill | 11,220.00 | 11,220.00 | IMF Extras | Extras | 0.00 |
| 2/2/05 | 4151 | Jefferson Mill | 3,355.00 | 3,355.00 | IMF Extras | Extras | 0.00 |
| 3/18/05 | 4255 | Jefferson Mill | 1,375.00 | 1,375.00 | IMF Extras | Extras | 0.00 |
| 5/3/05 | 4286 | Jefferson Mill | 1,617.00 | 1,617.00 | IMF Extras | Extras | 0.00 |
| 5/12/05 | 4296 | Jefferson Mill | 12,900.00 | 12,900.00 | IMF Extras | Extras | 0.00 |
| 5/19/05 | 4309 | Jefferson Mill | 3,430.00 | 3,430.00 | IMF Extras | Extras | 0.00 |
| 5/26/05 | 4313 | Jefferson Mill | 5,180.00 | 5,180.00 | IMF Extras | Extras | 0.00 |
| 6/1/05 | 4321 | Jefferson Mill | 22,890.00 | 22,890.00 | IMF Extras | Extras | 0.00 |
| 6/21/05 | 4340 | Jefferson Mill | 3,990.00 | 3,990.00 | IMF Extras | Extras | 0.00 |
| 7/13/05 | 4359 | Jefferson Mill | 9,030.00 | 9,030.00 | IMF Extras | Extras | 0.00 |
| 8/15/05 | 4386 | Jefferson Mill | 25,060.00 | 21,495.00 | IMF Extras | Extras | 3,566.00 |
| 8/22/05 | 4396 | Jefferson Mill | 24,360.00 | 24,360.00 | IMF Extras | Extras | 24,360.00 |
| 8/24/05 | 4402 | Jefferson Mill | 1,120.00 | 1,120.00 | IMF Extras | Extras | 1,120.00 |
| 9/21/05 | 4436 | Jefferson Mill | 6,630.00 | 6,630.00 | IMF Extras | Extras | 6,630.00 |
| 9/19/05 | 4422 | Jefferson Mill | 226,374.50 | 20,000.00 | IMF Misc Extras | Extras | 206,374.50 |
| 12/1/06 | 4572 | Jefferson Mill | 11,000.00 | | IMF Scaffolding | Extras | 11,000.00 |
| | | | 390,156.50 | 129,682.00 | | | 260,474.50 |

| | Total Invoicing | Total Received | Balance |
|---|---|---|---|
| | $ 933,652.50 | $ 632,443.88 | $ 301,208.62 |

2/9/2006 at 10:36 AM



PLAINTIFF'S EXHIBIT D
ALL-STATE LEGAL SUPPLY CO.

Page: 1

Robinson Methods & Design

**A. Contract:**

**B. Extra Work:**

IMF / DLI Work Order Break-out

PRIOR NEGOTIATION WITH SAM BISHOP

| | |
|---|---|
| S Bishop agreed contract: | $ 527,340 |
| Add for perf panels: | $ 3,300 |
| Add for unloading (880 mhr): | $ 28,700 |
| Credit items not completed per Jim Short review: | $ 559,340 |
| | $ (19,312) |
| Balance: | $ 540,028 |
| Paid on Contract: | $ (592,762) |
| Balance Due on Contract: | $ 37,266 |

RECONCILIATION (12-5-06)

| | Requested | Approved |
|---|---|---|
| | $ 527,340 | $ 527,340 |
| | $ 3,300 | $ 3,300 |
| | $ 28,700 | $ 28,700 |
| | $ 559,340 | $ 559,340 |
| | $ (17,142) | $ (17,142) |
| Subtotal (A): | $ 542,198 | $ 542,198 |

PLAINTIFF'S EXHIBIT
E
ALL-STATE LEGAL SUPPLY CO

IMF / DLI Work Order Break-out

5/8/2006

| Item # | Inv. # | WO # | Date | Description | Repair | Qty | Comments | Inv. $ | Addl. Hrs. | Addl. Inv.$ | Comments | Rebates | Extra @ $15 per ea. | Requested | Approved |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

IMP / DLI Work Order Break-out

Prepared by S. Hilary 08.24.05

Jefferson McIntoshK & Design

| Item # | Date | Description | Hours | Cost | Comments | Inv $ | Adj. Hrs | Adj. Inv $ | Comments | Budget | Extra $ $ | Required | Approved |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 129 | 09.12.05 | 1064 E Wall water damage | 36 | | Clark PCO 00361 | $ 24,570 | 348 | $ 24,560 | Chek Changes | | per mh | $ 24,570 | $ 24,560 |
| 128 | 09.11.05 | 1064 E Wall water damage | 36 | | Clark PCO 00361 | | | | | | | | |
| 127 | 09.09.05 | 1064 E Wall water damage | 36 | | Clark PCO 00361 | | | | | | | | |
| 126 | 09.08.05 | 1064 E Wall water damage | 36 | | Clark PCO 00361 | | | | | | | | |
| 125 | 09.06.05 | 1064 E Wall water damage | 36 | | Clark PCO 00361 | | | | | | | | |
| 124 | 08.06.05 | 1064 E Wall water damage | 36 | | Clark PCO 00361 | | | | | | | | |
| 123 | 09.04.05 | 1064 E Wall water damage | 36 | | Clark PCO 00361 | | | | | | | | |
| 122 | 08.03.05 | 1064 E Wall water damage | 18 | | Clark PCO 00361 | | | | | | | | |
| 121 | 08.02.05 | AV strip speaker install @ 7x855 | 4 | | 3 Site condition | | | | | | | | |
| 120 | 08.01.05 | Tread escheçs at Lecture Rooms | 36 | | Clark PCO 00361 | | | | | | | | |
| | | | | | | | 16 | $ 1,120 | | | | $ 1,120 | |
| 138 | | | | | | $ 1,120 | | | | | | | |
| 137 | | | | | | | | | | | | | |
| 136 | | | 4 | | Clark PCO 810508 | | | | | | | | |
| 135 | | | 4 | | Clark PCO 810508 | | | | | | | | |
| 134 | | | 4 | | Clark PCO 810508 | | | | | | | | |
| 133 | | | 4 | | Clark PCO 810508 | | | | | | | | |
| | | | 1994 | 1993 | | $ 140,543 | 1,966 | $ 137,712 | | | | $ 140,543 | $ 137,712 |
| 134 - 4008 | | | 191 | | | $ 14,615 | 191 | $ 18,505 | | | | $ 14,615 | $ 18,585 |
| 135  4001 | 08.23.05  Blanco | 08.23.05 Lecture Room Desks and SJ Win'dw | 1995 | | | $ 129,475  @ $62.50/mh | $ 124,688 | | PAID 10/28/05 Check # 116794 | | | $ 129,475 | $ 124,688 |
| | | | | | | | | | PAYMENTS (20,000.00) 10/28/05 Check # 116794 | | | | |
| TOTALS: | | | 4440 | 176 | | $ 281,633 | $ 285,996 | | | | | $ 142,090 | $ 155,193 |
| | | | | | | | | | | Subtotal Db: $    Subtotal (Ch: $ | $ 106,167.50  124,687.50 | | |

Jefferson Millwork & Design

JMF/ DLI Work Order Break-out

5-8-2006

| ITEM # | ROOM | Description | Hours | Qty | Comments | Sec. $ | Sub. Elec. | Adj. Sec. $ | Comments | Balance | Extra # | Requested | Approved |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

OOP/ "cr433"

5 of 5

## D.L.L. Incorporated
### Invoice Register
For the Period From Oct 13, 2004 to Dec 31, 2006

## IMF SUMMARY

| Date | Invoice/CM | Name | Amount | Amt Recvd | Purchase Order No |
|---|---|---|---|---|---|
| 2/2/05 | 4150 | Jefferson Mill | 140,559.40 | 140,559.40 | IMF Contract |
| 3/18/05 | 4239 | Jefferson Mill | 140,000.00 | 140,000.00 | IMF Contract |
| 4/8/05 | 4264 | Jefferson Mill | 81,203.08 | 81,203.08 | IMF Contract |
| 4/18/05 | 4273 | Jefferson Mill | 98,382.40 | 98,382.40 | IMF Contract |
| 5/18/05 | 4300 | Jefferson Mill | 82,053.12 | 42,617.00 | IMF Contract |
|  |  |  | 542,198.00 | 502,761.88 |  |
| 11/1/04 | 4001 | Jefferson Mill | 2,780.00 | 2,695.00 | Cannot edit this invoice due to it was written in 2004 |
| 11/30/04 | 4040 | Jefferson Mill | 11,700.00 | 11,220.00 | Cannot edit this invoice due to it was written in 2005 |
| 2/2/05 | 4151 | Jefferson Mill | 3,355.00 | 3,355.00 | IMF Extras |
| 3/18/05 | 4235 | Jefferson Mill | 1,375.00 | 1,375.00 | IMF Extras |
| 5/2/05 | 4285 | Jefferson Mill | 2,967.50 |  | IMF Extras |
| 5/3/05 | 4286 | Jefferson Mill | 1,650.00 | 1,617.00 | IMF Extras |
| 5/12/05 | 4296 | Jefferson Mill | 19,880.00 | 12,900.00 | IMF Extras |
| 5/19/05 | 4309 | Jefferson Mill | 4,480.00 | 3,430.00 | IMF Extras |
| 5/26/05 | 4313 | Jefferson Mill | 5,390.00 | 5,180.00 | IMF Extras |
| 6/1/05 | 4321 | Jefferson Mill | 24,010.00 | 22,890.00 | IMF Extras |
| 6/21/05 | 4340 | Jefferson Mill | 3,990.00 | 3,990.00 | IMF Extras |
| 7/13/05 | 4359 | Jefferson Mill | 10,430.00 | 9,050.00 | IMF Extras |
| 8/1/05 | 4386 | Jefferson Mill | 25,060.00 | 21,495.00 | IMF Extras |
| 8/22/05 | 4396 | Jefferson Mill | 24,570.00 |  | IMF Extras |
| 8/23/05 | 4400 | Jefferson Mill | 19,460.00 |  | IMF Extras |
| 8/23/05 | 4401 | Jefferson Mill | 148,305.00 | 10,505.00 | IMF - Bistro |
| 8/24/05 | 4402 | Jefferson Mill | 1,120.00 |  | IMF - Lecture Rooms |
| 8/25/05 | 4404 | Jefferson Mill | 8,250.00 |  | IMF Extras |
| 9/19/05 | 4422 | Jefferson Mill | 252,825.00 |  | IMF Credenzas |
| 9/21/05 | 4436 | Jefferson Mill | 6,630.00 | 20,000.00 | IMF Extras |
| 12/1/05 | 4572 | Jefferson Mill | 11,000.00 |  | IMF Scaffolding |
|  |  |  | 589,227.50 | 129,682.00 |  |
|  |  |  | 1,131,425.50 | 632,443.88 |  |

39,436.12

459,545.50
498,981.62



PLAINTIFF'S
EXHIBIT

ALL-STATE LEGAL SUPPLY CO.

3/9/2006 at 3:21 PM

03/09/2006  08:00  5615861140  DLLINCORPORATED  PAGE 02/30

THE LAW OFFICE OF

# SHAWN C. WHITTAKER

SUITE 340

9055 COMPRINT COURT

GAITHERSBURG, MARYLAND 20877-1310

PHONE (301) 208-9114

FACSIMILE (301) 208-0362

ADMITTED IN MD, VA, DC

www.whittaker-law.com
shawn@whittaker-law.com

## <u>NOTICE OF PAYMENT BOND CLAIM</u>

February 15, 2006

### <u>BY CERTIFIED MAIL 7004 1160 0004 1860 3599</u>
### <u>RETURN RECEIPT REQUESTED</u>

Fidelity and Deposit Company of Maryland
Attn: Resident Agent
Robert L. Lawrence
3910 Keswick Road
Baltimore, MD 21211

### <u>BY CERTIFIED MAIL 7004 1160 0004 1860 0000</u>
### <u>RETURN RECEIPT REQUESTED</u>

Clark Construction Group, Inc.
Attn: Registered Agent
CT Corporation System
1015 15th Street, NW
Ste. 1000
Washington, DC 20005

### <u>BY CERTIFIED MAIL 7004 2510 003 0993 7770</u>
### <u>RETURN RECEIPT REQUESTED</u>

Jefferson Millwork & Design, Inc.
Attn: Registered Agent
Jorge F. Kfoury
11307 Sunset Hills Road
Reston, VA 22090

Re:     International Monetary Fund
        700 19th Street, NW
        Washington, DC
        Payment Bond No: 8694412
        Payment Bond Date: April 16, 2003
        Claimant: DLI, Incorporated
        Amount of Claim: $301,208.62



PLAINTIFF'S
EXHIBIT
G

ALL-STATE LEGAL SUPPLY CO.

Form Letters I

DLI, Incorporated ("DLI") contracted with Jefferson Millwork & Design, Inc. ("Jefferson") to supp
labor and installation materials [ie. Screws, nails, and adhesive] for the installation of architectur
millwork and casework beginning on or about October 20, 2004 for the above mentioned project pursua
to the aforementioned payment bond between the Principal, Jefferson, and the Surety, Fidelity an
Deposit Company of Maryland. The most recent date of work or delivery for materials supplied by DI
was December 14, 2005. There remains due and owing to DLI for materials and labor furnished for th
prosecution of the above mentioned project the sum of $301,208.62, as of the date of this Notice.

If DLI's claim is not satisfied within thirty (30) days from the date of this letter, DLI does hereby reser
its claim to file suit pursuant to the payment bond referred to above.

Executed this 15$^h$ day of February, 2006.

DLI, Incorporated

By: _____

Its Attorney and Agent
Shawn C. Whittaker

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 0.39 |
| Certified Fee | | 2.40 |
| Return Receipt Fee (Endorsement Required) | | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 4.64 |

Postmark Here

7004 2510 0003 0993 7770

Sent To *Jefferson Millwork & Design Inc. "Jorge F. Kimery*
Street, Apt. No.; or PO Box No. *11307 Sunset Hills Road*
City, State, ZIP+4 *Reston, VA, 22090*

PS Form 3800, June 2002          See Reverse for Instructions

---

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 0.63 |
| Certified Fee | | 2.40 |
| Return Receipt Fee (Endorsement Required) | | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 4.88 |

Postmark Here

7004 1160 0004 1860 0000

Sent To *Clark Construction Group, LLC* CT Corp. System DLI
Street, Apt. No.; or PO Box No. *1015 15th St. NW Ste. 1000*
City, State, ZIP+4 *Washington, DC 20005*

PS Form 3800, June 2002          See Reverse for Instructions



**PLAINTIFF'S EXHIBIT**

ALL-STATE LEGAL SUPPLY CO.

**DLI.IMF**
**NOTICE #1**

Small Business Home

**YAHOO! SMALL BUSINESS**     Welcome, **paralegal@whittaker law.com**     [Sign Out, My Account]

the Web     Search     Mail Home - Help

| Mail | Addresses | Calendar | Notepad | | Mail Options - Manage My Services |

| Check Mail | Compose | | Search Mail | Search the Web |

**Mail Accounts**

whittaker-la...
yahoo.com

**Folders**  [Add - Edit]

**Inbox (2)**
Draft
Sent
Bulk     [Empty]
Trash    [Empty]

Previous | Next | Back to Messages

| Delete | Reply | Forward | Spam | Move... |

This message is not flagged. [ Flag Message - Mark as Unread ]                Printab

| **Date:** | Wed, 3 May 2006 15:26:37 -0500 (CDT) |
| **To:** | Paralegal@whittaker-Law.com |
| **From:** | "U.S._Postal_Service_" <U.S._Postal_Service@usps.com>  🖰 Add to Address Book   📱 Add Mobile |
| **Subject:** | U.S. Postal Service Track & Confirm email Restoration - 7004 1160 0004 1860 3599 |

This is a post-only message. Please do not respond.

Jarrett Levitsky has requested that you receive this restoration information for
Track & Confirm as listed below.

Current Track & Confirm e-mail information provided by the U.S. Postal Service.

Label Number: 7004 1160 0004 1860 3599

Service Type: Certified

Shipment Activity          Location                          Date & Time
-----------------------------------------------------------------------
Arrival at Unit            BALTIMORE MD 21211
02/16/06  9:44am

-----------------------------------------------------------------------

USPS has not verified the validity of any email addresses submitted via its
online Track & Confirm tool.

For more information, or if you have additional questions on Track & Confirm
services and features, please visit the Frequently Asked Questions (FAQs)
section of our Track & Confirm site at
http://www.usps.com/shipping/trackandconfirmfaqs.htm

| Delete | Reply | Forward | Spam | Move... |

Previous | Next | Back to Messages                    Save Message Text | Full

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery  2-16-06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

Fidelity and Deposit Company
of M.D.
Robert L. Lawrance
3910 Keswick Rd.
Baltimore, MD. 21211

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)    7004 1160 0004 1860 3599

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

**DLI.IMF NOTICE #1**



PLAINTIFF'S EXHIBIT
I
ALL-STATE LEGAL SUPPLY CO.

THE LAW OFFICE OF

# SHAWN C. WHITTAKER

SUITE 340

9055 COMPRINT COURT

GAITHERSBURG, MARYLAND 20877-1310

PHONE (301) 208-9114

FACSIMILE (301) 208-0362

ADMITTED IN MD, VA, DC

www.whittaker-law.com
shawn@whittaker-law.com

## NOTICE OF PAYMENT BOND CLAIM ON SUBCONTRACTOR'S PAYMENT BOND AND GENERAL CONTRACTOR'S PAYMENT BOND

March 10, 2006

**BY CERTIFIED MAIL 7004 2510 0003 0993 5653**
**RETURN RECEIPT REQUESTED**

Fidelity and Deposit Company of Maryland
Attn: Resident Agent
Robert L. Lawrence
3910 Keswick Road
Baltimore, MD 21211

**BY CERTIFIED MAIL 7004 2510 0003 0993 5660**
**RETURN RECEIPT REQUESTED**

Clark Construction Group, Inc.
Attn: Registered Agent
CT Corporation System
1015 15th Street, NW
Ste. 1000
Washington, DC 20005

**BY CERTIFIED MAIL 7004 2510 0003 0993 5677**
**RETURN RECEIPT REQUESTED**

Jefferson Millwork & Design, Inc.
Attn: Registered Agent
Jorge F. Kfoury
11307 Sunset Hills Road
Reston, VA 22090



PLAINTIFF'S
EXHIBIT

ALL-STATE LEGAL SUPPLY CO.

Form Letters1

# SHAWN C. WHITTAKER

Re:    International Monetary Fund
        700 19th Street, NW
        Washington, DC
        General Contractor's Payment Bond – Unknown,
            Requested from IMF on February 17, 2006
        Subcontractor's Payment Bond No: 8694412
        Subcontractor's Payment Bond Date:  April 16, 2003
        Claimant:  DLI, Incorporated
        Amount of Claim:  $498,471.62

DLI, Incorporated ("DLI") contracted with Jefferson Millwork & Design, Inc. ("Jefferson") to supply labor and installation materials including screws, nails, and adhesive for the installation of architectural millwork and casework beginning on or about October 20, 2004 for the above mentioned project pursuant to the aforementioned payment bond between the Principal, Jefferson, and the Surety, Fidelity and Deposit Company of Maryland.  The most recent date of work or delivery for materials supplied by DLI was December 14, 2005.  There remains due and owing to DLI for materials and labor furnished for the prosecution of the above mentioned project the sum of $301,208.62, as of the date of this Notice.

Additionally, please accept this as notice of DLI's intention to proceed under Clark Construction Group, Inc.'s ("Clark") payment bond.  Please forward to the undersigned a copy of Clark's payment bond.

If DLI's claim is not satisfied within thirty (30) days from the date of this letter, DLI does hereby reserve its claim to file suit pursuant to the payment bonds referred to above.

Executed this 10th day of March, 2006.

                DLI, Incorporated

By:        _____
                Its Attorney and Agent
                Shawn C. Whittaker



U.S. Postal Service™
**CERTIFIED MAIL**™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | .39 |
| Certified Fee | | 2.40 |
| Return Receipt Fee (Endorsement Required) | | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 4.64 |

MAR 10 2006

Sent To
Fidelity and Deposit Co.of Maryland
Attn: Resident Agent
Street, Apt. or PO Box
Robert L. Lawrence
3910 Keswick Road
City, State,
Baltimore, MD 21211

PS Form 38

7004 2510 0003 0945 9653

DLI.IMF
NOTICE #2



PLAINTIFF'S EXHIBIT

ALL-STATE LEGAL SUPPLY CO.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Fidelity and Deposit Co.of Maryland
Attn: Resident Agent
Robert L. Lawrence
3910 Keswick Road
Baltimore, MD 21211

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent    ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7004 2510 0003 0993 5653

DLI IMF

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**DLI.IMF
NOTICE #2**



**PLAINTIFF'S EXHIBIT**

ALL-STATE LEGAL SUPPLY CO.



U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com℠

**OFFICIAL USE**

| Postage | $ | .39 |
| Certified Fee | | 2.40 |
| Return Receipt Fee (Endorsement Required) | | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 4.64 |

KENSINGTON, MD
Postmark Here
MAY 10 2006
20895

Sent To
Clark Construction Group, Inc.
Attn: Registered Agent
Street, Apt. or PO Box
CT Corporation System
City, State,
1015 15th Street, NW, Ste. 1000
Washington, DC 20005

PS Form 38

7004 2510 0003 0993 9965

**DLI.IMF**
**NOTICE #2**



**PLAINTIFF'S EXHIBIT**
N
ALL-STATE LEGAL SUPPLY CO.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Clarth Construction Group LLC
CT Corporation. System
1015 15th Street, NW
Ste. 1000
Washington, DC 20005

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7004 1160 0004 1860 0000

PS Form **3811**, February 2004    Domestic Return Receipt    102595-02-M-1540

**DLI.IMF
NOTICE #1**



PLAINTIFF'S
EXHIBIT
N
ALL-STATE LEGAL SUPPLY CO.

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by ( *Printed Name* )    C. Date of Delivery<br>3-20-6 |
| 1. Article Addressed to:<br><br>Clark Construction Group, Inc.<br>Attn: Registered Agent<br>CT Corporation System<br>1015 15th Street, NW, Ste. 1000<br>Washington, DC 20005 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☐ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)* ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)* | 7004 2510 0003 0993 5660   DLI IMF |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

DLI.IMF
NOTICE #2



PLAINTIFF'S
EXHIBIT

O

ALL-STATE LEGAL SUPPLY CO.