CO-386-online
10/03

# United States District Court
# For the District of Columbia

DLI Incorporated                                          )
                                                          )
                                                          )
                                                          )
                    Plaintiff                             )       Civil Action No.  06-874
          vs                                              )
                                                          )
Jefferson Millwork and Design, Inc.                       )
                                                          )
                                                          )
                    Defendant                             )


## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  DLI Incorporated                            certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of  DLI Incorporated                     which have

any outstanding securities in the hands of the public:

None.




These representations are made in order that judges of this court may determine the need for recusal.


Attorney of Record

_____
Signature

468533                                          Shawn C. Whittaker
_____                        _____
BAR IDENTIFICATION NO.                           Print Name

                                                 9055 Comprint Court, Ste. 340
                                                 _____
                                                 Address

                                                 Gaithersburg MD 20877
                                                 _____
                                                 City          State          Zip Code

                                                 301-208-9114
                                                 _____
                                                 Phone Number