**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| D.L.I. INCORPORATED<br><br>      Plaintiff,<br><br>vs.<br><br>JEFFERSON MILLWORK AND DESIGN, INC.<br>and<br><br>FIDELITY AND DEPOSIT COMPANY OF MARYLAND<br>and<br><br>NATIONAL UNION FIRE INSURANCE COMPANY<br><br>      Defendant(s). | Case No. 06cv874 (RJL) |

**NOTICE OF CASE MANAGEMENT ORDER**

PLEASE take notice that on May 31, 2006, Plaintiff served, via first class mail, postage prepaid Notice of Case Management Order on the Defendant's, Jefferson Millwork & Design, Inc., C/O Registered Agent, Jorge F. Kfoury, 11307 Sunset Hills Road, Reston, VA 22090, Fidelity and Deposit Company Of Maryland, C/O Registered Agent, Robert L. Lawrence, 3910 Keswick Road, Baltimore, MD 21211, and National Union Fire Insurance Company, C/O Registered Agent, Susan Hellerman, 80 Pine Street, New York, New York 10005.

NOTICE - 1

THE LAW OFFICE OF SHAWN C. WHITTAKER
9055 Comprint Court – Suite 340
Gaithersburg, MD 20877
Tel: 301.208.9114 / Fax: 301.208.0362
shawn@whittaker-law.com

                    _____
                    Shawn C. Whittaker
                    DC Bar 468533
                    9055 Comprint Court, Suite 340
                    Gaithersburg, Maryland 20877
                    Tel: (301) 208-9114
                    Fax: (301) 208-0362

                    Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 31st day of May, 2006, a copy of the foregoing Notice was mailed, postage prepaid to Jefferson Millwork & Design, Inc., C/O Registered Agent, Jorge F. Kfoury, 11307 Sunset Hills Road, Reston, VA 22090, Fidelity and Deposit Company Of Maryland, C/O Registered Agent, Robert L. Lawrence, 3910 Keswick Road, Baltimore, MD 21211, and National Union Fire Insurance Company, C/O Registered Agent, Susan Hellerman, 80 Pine Street, New York, New York 10005.

                    _____
                    Shawn C. Whittaker

NOTICE - 2        THE LAW OFFICE OF SHAWN C. WHITTAKER
9055 Comprint Court – Suite 340
Gaithersburg, MD 20877
Tel: 301.208.9114 / Fax: 301.208.0362
shawn@whittaker-law.com