UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| D.L.I. Incorporated,            )<br>                                         )<br>        Plaintiff,              )<br>                                         )<br>    v.                           )<br>                                         )<br>JEFFERSON MILLWORK AND DESIGN,   )<br>INC., *et al*.                  )<br>                                         )<br>        Defendants.              )<br>_____) | Case No. 1:06CV00874 (RJL) |

## **STIPULATION**

Defendant National Union Fire Insurance Company ("National Union") and Plaintiff D.L.I. Incorporated respectfully ask this Court for an order extending the time in which National Union may move, answer or otherwise respond to the complaint of D.L.I. Incorporated from June 6, 2006 to June 15, 2006.

_____
Shawn Whittaker, DC Bar #468533
The Law Office of Shawn C. Whittaker
9055 Comprint Court, Suite 340
Gaithersburg, MD  20877
Telephone:  (301) 208-9114
Facsimile:  (301) 208-0362
E-mail:  shawn@whittaker-law.com

*Counsel for Plaintiff*

_____
Michael Evan Jaffe, DC Bar # 88443
Thelen Reid & Priest LLP
701 Eighth Street, N.W.
Washington, D.C.  20001
Telephone:  (202) 508-4215
Facsimile:  (202) 654-1828
E-mail:  mjaffe@thelenreid.com

*Counsel for National Union Fire Insurance Company solely for the purpose of this Stipulation*

SO ORDERED this ____ day of June, 2006.

_____
Richard J. Leon
United States District Judge