UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| D.L.I. Incorporated,            )<br>                                 )<br>         Plaintiff,              )<br>                                 )<br>      v.                         )<br>                                 )<br> JEFFERSON MILLWORK AND DESIGN,  )<br> INC., *et al.*                  )<br>                                 )<br>         Defendants.             )<br> _____) | Case No. 1:06CV00874 (RJL) |

## ORDER

This matter comes before the Court on the motion of Defendant National Union Fire Insurance Company ("National Union"), with the consent of the Plaintiff, D.L.I. Incorporated, for an order extending the time in which National Union may move, answer or otherwise respond to the complaint of D.L.I. Incorporated from June 6, 2006 to June 15, 2006. And the Court having considered the matter, it is hereby

ORDERED this ___ day of June 2006 that the time in which National Union may move, answer or otherwise respond to the complaint of D.L.I. Incorporated is extended from June 6, 2006 to June 15, 2006.

_____
Richard J. Leon
United States District Judge

Copies to:

Michael Evan Jaffe, DC Bar # 88443
Thelen Reid & Priest LLP
701 Eighth Street, N.W.
Washington, D.C. 20001

2

Shawn Whittaker, DC Bar #468533
The Law Office of Shawn C. Whittaker
9055 Comprint Court, Suite 340
Gaithersburg, MD  20877