UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| D.L.I. Incorporated, | ) |
|        Plaintiff, | ) |
|     v. | ) Case No. 1:06CV00874 (RJL) |
| JEFFERSON MILLWORK AND DESIGN, INC., *et al*. | ) |
|        Defendants. | ) |

## MEMORANDUM OF POINTS AND AUTHORITIES

Defendant National Union Fire Insurance Company ("National Union") in support of its Consent Motion for an Extension of Time for it move, answer or otherwise respond to the complaint of D.L.I. Incorporated from June 6, 2006 to June 15, 2006, respectfully refers to the text of the motion itself for a statement of the grounds and the points in support.

Respectfully submitted

_____
Michael Evan Jaffe, DC Bar # 88443
Thelen Reid & Priest LLP
701 Eighth Street, N.W.
Washington, D.C.  20001

*Counsel for National Union Fire Insurance Company solely for the purpose of this Stipulation*