UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| D.L.I. INCORPORATED, <br><br> Plaintiff, <br><br> v. <br><br> JEFFERSON MILLWORK AND DESIGN, INC., *et al.* <br><br> Defendants. | Case No. 1:06CV00874 (RJL) |

### ANSWER

Defendant, National Union Fire Insurance Company of Pittsburgh, PA[1] ("National Union"), by its undersigned counsel, hereby answers the Complaint of Plaintiff, D.L.I Incorporated ("D.L.I." or "Plaintiff"), and states as follows:

### FIRST DEFENSE

Plaintiff has failed to state a claim upon which relief can be granted.

### SECOND DEFENSE

Plaintiff has failed to join necessary parties.

### THIRD DEFENSE

With respect to the numbered averments contained in the Complaint, and to the extent said averments concern Defendant, National Union, it avers as follows:

1. National Union is without sufficient information or knowledge to form a belief as to the truth of the averments in paragraph 1 of Plaintiff's Complaint.

2. National Union is without sufficient information or knowledge to form a belief as to the

---

[1] Defendant National Union Fire Insurance Company of Pittsburgh, PA has been erroneously referred to as National Union Fire Insurance Company in the Plaintiff's Complaint.

truth of the averments in paragraph 2 of Plaintiff's Complaint.

3. Upon information and belief, National Union admits that Fidelity and Deposit Company of America ("F&D") is a Maryland corporation and denies the remaining averments in paragraph 3 of Plaintiff's Complaint.

4. National Union admits that it is a Pennsylvania Corporation with its principal place of business at 70 Pine Street, New York, New York 10005 and denies the remaining averments of paragraph 4 of Plaintiff's Complaint.

5. National Union admits the averment in paragraph 5 of Plaintiff's Complaint.

### FACTS RELEVANT TO ALL COUNTS

6. National Union incorporates its answers to paragraphs 1-5 of Plaintiff's Complaint as if fully set forth herein.

7. National Union admits that The Clark Construction Group, Inc. entered into a contract (the "Contract") with the International Monetary Fund and denies the remaining averments of paragraph 7 of Plaintiff's Complaint to the extent the averments are at variance with the Contract, which speaks for itself.

8. National Union admits that as a surety, it issued a Payment Bond to the International Monetary Fund, as the Project Owner, and denies the remaining averments in paragraph 8 of Plaintiff's Complaint.

9. National Union is without sufficient information or knowledge to form a belief as to the truth of the averments in paragraph 9 of Plaintiff's Complaint.

10. National Union is without sufficient information or knowledge to form a belief as to the truth of the averments in paragraph 10 of Plaintiff's Complaint.

11. National Union is without sufficient information or knowledge to form a belief as to the

truth of the averments in paragraph 11 of Plaintiff's Complaint.

12. National Union is without sufficient information or knowledge to form a belief as to the truth of the averments in paragraph 12 of Plaintiff's Complaint.

13. National Union is without sufficient information or knowledge to form a belief as to the truth of the averments in paragraph 13 of Plaintiff's Complaint.

14. National Union is without sufficient information or knowledge to form a belief as to the truth of the averments in paragraph 14 of Plaintiff's Complaint.

15. National Union is without sufficient information or knowledge to form a belief as to the truth of the averments in paragraph 15 of Plaintiff's Complaint.

16. National Union denies the averments in paragraph 16 of Plaintiff's Complaint.

17. National Union is without sufficient information or knowledge to form a belief as to the truth of the averments in sentence 1 of paragraph 17 of Plaintiff's Complaint and denies the remaining averments of Plaintiff's paragraph 17.

18. National Union is without sufficient information or knowledge to form a belief as to the truth of the averments in paragraph 18 of Plaintiff's Complaint.

**COUNT I**
**BREACH OF CONTRACT AGAINST DEFENDANT JEFFERSON**

19. National Union incorporates its answers to paragraphs 1-18 of Plaintiff's Complaint as if fully set forth herein.

20. National Union is without sufficient information or knowledge to form a belief as to the truth of the averments in paragraph 20 of Plaintiff's Complaint.

21. National Union is without sufficient information or knowledge to form a belief as to the truth of the averments in paragraph 21 of Plaintiff's Complaint.

22. National Union is without sufficient information or knowledge to form a belief as to the

truth of the averments in paragraph 22 of Plaintiff's Complaint.

23. National Union is without sufficient information or knowledge to form a belief as to the truth of the averments in paragraph 23 of Plaintiff's Complaint.

## COUNT II
## QUASI-CONTRACT/UNJUST ENRICHMENT (AS TO JEFFERSON)

24. National Union incorporates its answers to paragraphs 1-23 of Plaintiff's Complaint as if fully set forth herein.

25. National Union is without sufficient information or knowledge to form a belief as to the truth of the averments in paragraph 25 of Plaintiff's Complaint.

26. National Union is without sufficient information or knowledge to form a belief as to the truth of the averments in paragraph 26 of Plaintiff's Complaint.

27. National Union is without sufficient information or knowledge to form a belief as to the truth of the averments in paragraph 27 of Plaintiff's Complaint.

28. National Union is without sufficient information or knowledge to form a belief as to the truth of the averments in paragraph 28 of Plaintiff's Complaint.

29. National Union is without sufficient information or knowledge to form a belief as to the truth of the averments in paragraph 29 of Plaintiff's Complaint.

30. National Union is without sufficient information or knowledge to form a belief as to the truth of the averments in paragraph 30 of Plaintiff's Complaint.

31. National Union is without sufficient information or knowledge to form a belief as to the truth of the averments in paragraph 31 of Plaintiff's Complaint.

32. National Union is without sufficient information or knowledge to form a belief as to the truth of the averments in paragraph 32 of Plaintiff's Complaint.

33. National Union is without sufficient information or knowledge to form a belief as to the

truth of the averments in paragraph 33 of Plaintiff's Complaint.

34. National Union is without sufficient information or knowledge to form a belief as to the truth of the averments in paragraph 34 of Plaintiff's Complaint.

**COUNT III**
**ACTION ON SUBCONTRACTOR'S PAYMENT BOND**
**AGAINST DEFENDANT F&D**

35. National Union incorporates its answers to paragraphs 1-34 of Plaintiff's Complaint as if fully set forth herein.

36. National Union is without sufficient information or knowledge to form a belief as to the truth of the averments in paragraph 36 of Plaintiff's Complaint.

37. National Union is without sufficient information or knowledge to form a belief as to the truth of the averments in paragraph 37 of Plaintiff's Complaint.

38. National Union is without sufficient information or knowledge to form a belief as to the truth of the averments in paragraph 38 of Plaintiff's Complaint.

39. National Union is without sufficient information or knowledge to form a belief as to the truth of the averments in paragraph 39 of Plaintiff's Complaint.

40. National Union is without sufficient information or knowledge to form a belief as to the truth of the averments in paragraph 40 of Plaintiff's Complaint.

41. National Union is without sufficient information or knowledge to form a belief as to the truth of the averments in paragraph 41 of Plaintiff's Complaint.

42. National Union is without sufficient information or knowledge to form a belief as to the truth of the averments in paragraph 42 of Plaintiff's Complaint.

43. National Union is without sufficient information or knowledge to form a belief as to the truth of the averments in paragraph 43 of Plaintiff's Complaint.

## COUNT IV
## ACTION ON GENERAL CONTRACTOR'S PAYMENT BOND
## AGAINST DEFENDANT NATIONAL UNION

44. National Union incorporates its answers to paragraphs 1-43 of Plaintiff's Complaint as if fully set forth herein.

45. National Union denies the averments in paragraph 45 of Plaintiff's Complaint.

46. National Union is without sufficient information or knowledge to form a belief as to the truth of the averments in paragraph 46 of Plaintiff's Complaint.

47. National Union is without sufficient information or knowledge to form a belief as to the truth of the averments in paragraph 47 of Plaintiff's Complaint.

48. National Union is without sufficient information or knowledge to form a belief as to the truth of the averments in paragraph 48 of Plaintiff's Complaint.

49. National Union denies the averments in paragraph 49 of Plaintiff's Complaint.

50. National Union denies the averments in paragraph 50 of Plaintiff's Complaint.

51. National Union denies the averments in paragraph 51 of Plaintiff's Complaint.

52. National Union denies the averments in paragraph 52 of Plaintiff's Complaint.

### FOURTH DEFENSE

National Union denies any averments not specifically admitted herein.

### FIFTH DEFENSE

Plaintiff's claims are barred because its claim does not fall within the coverage provided by National Union's Bond.

### SIXTH DEFENSE

Plaintiff's claims are barred by its failure to satisfy conditions precedent to recovery under the terms of National Union's Bond.

### SEVENTH DEFENSE

Plaintiff's claims are barred by the applicable statutes of limitation and/or applicable contractual limitations.

### EIGHTH DEFENSE

Plaintiff's claims are barred or reduced by its failure to comply with the terms and conditions of the Payment Bond.

### NINTH DEFENSE

Plaintiff's claims are barred or reduced by its failure to comply with the terms and conditions of the Subcontract or Purchase Order.

### TENTH DFENSE

If Plaintiff has suffered the damages as alleged, which fact National Union expressly denies, then all such damages were caused by persons or parties other than National Union, including Plaintiff, without any breach by National Union contributing thereto.

### ELEVENTH DEFENSE

If Plaintiff suffered the damages alleged, which fact National Union expressly denies, then such damages resulted from other causes and further reasons for which National Union is not responsible.

### TWELTH DEFENSE

If Plaintiff suffered the damages alleged, which fact National Union expressly denies, then Plaintiff must look to the Payment Bond that Jefferson Millwork and Design, Inc. and Fidelity and Deposit Company of Maryland provided prior to seeking recovery under National Union's Bond.

### THIRTEENTH DEFENSE

Plaintiff's claims are barred by accord and satisfaction.

### FOURTEENTH DEFENSE

Plaintiff's claims are barred or reduced by its failure to mitigate damages.

### FIFTEENTH DEFENSE

Plaintiff's claims are barred by laches.

### SIXTEENTH DEFENSE

Plaintiff's claims are barred by the doctrine of waiver.

### SEVENTEENTH DEFENSE

Plaintiff's claims are barred by the doctrine of estoppel.

### EIHTEENTH DEENSE

Plaintiff's claims are barred by payment.

### NINETEENTH DEFENSE

Plaintiff's claims are barred by release.

### TWENTIETH DEFENSE

Plaintiff's claims are barred by the statute of frauds.

### TWENTY-FIRST DFEENSE

National Union incorporates by reference all the defenses asserted and/or otherwise available to the Clark Construction, Group, Inc., its Principal.

### TWENTY-SECOND DEFENSE

National Union reserves the right to assert other defenses that become known to it throughout the course of discovery in this matter.

**WHEREFORE**, National Union Fire Insurance Company of Pittsburgh, PA respectfully requests:

1. That the Complaint be Dismissed with Prejudice;

2. That judgment be entered in favor of National Union as to all Counts and Claims against National Union contained in the Complaint;

3. That the Court deny the relief sought by Plaintiff in the Complaint;

4. That Plaintiff recover nothing from National Union; and

5. That National Union have and be awarded such additional relief as the Court may find just and proper.

Respectfully submitted,

/s/
Bambi W. Stevens
DC Bar No. 454599
Niles, Barton & Wilmer LLP
111 South Calvert Street, Suite 1400
Baltimore, MD 21202-6185
(410) 783-6300
*Counsel for National Union Fire Ins. Co. of Pittsburgh, PA*