CO-386-online
10/03

# United States District Court
# For the District of Columbia

DLI INCORPORATED            )
                            )
                            )
                            )
              Plaintiff     )    Civil Action No. __1:06CV00874__
       vs                   )
                            )
JEFFERSON MILLWORK AND      )
DESIGN, INC., et al.        )
                            )
              Defendant     )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Fidelity Deposit Company of Maryland__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Fidelity Deposit Company of Maryland__ which have any outstanding securities in the hands of the public:

Zurich American Insurance Company, Zurich Holding Company of America, Inc., Zurich Insurance Company, Zurich Group Holding, Allied Zurich p.l.c., and Zurich Financial Services.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

__375884__
BAR IDENTIFICATION NO.

__Geoffrey S. Gavett__
Print Name

__15850 Crabbs Branch Way, Suite 180__
Address

__Rockville, Maryland 20855__
City        State        Zip Code

__301-948-1177__
Phone Number