CO-386-online
10/03

# United States District Court
# For the District of Columbia

DLI INCORPORATED )
)
)
)
vs   Plaintiff )   Civil Action No. __1:06CV00874__
)
JEFFERSON MILLWORK AND )
DESIGN, INC., et al. )
)
Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Jefferson Millwork and Design, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Jefferson Millwork and Design, Inc.__ which have any outstanding securities in the hands of the public:

NONE

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

__375884__
BAR IDENTIFICATION NO.

Geoffrey S. Gavett
Print Name

__15850 Crabbs Branch Way, Suite 180__
Address

__Rockville, Maryland 20855__
City     State     Zip Code

__301-948-1177__
Phone Number