UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| D.L.I. INCORPORATED, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JEFFERSON MILLWORK AND DESIGN, )<br>INC., *et al.* )<br>)<br>Defendants. )<br>_____) | Case No. 1:06CV00874 (RJL) |

## ENTRY OF APPEARANCE OF COUNSEL

Please enter the appearances of Christopher J. Heffernan and Eric G. Korphage as additional counsel for Defendant, National Union Fire Insurance Company of Pittsburgh, PA ("National Union") in the captioned matter. Accordingly, Christopher J. Heffernan, Bambi W. Stevens, Eric G. Korphage and Niles, Barton & Wilmer, LLP are now counsel of record for National Union.

Respectfully submitted,

/s/
Christopher J. Heffernan
DC Bar No. 34930
Eric G. Korphage
DC Bar No. 483144
Bambi W. Stevens
DC Bar No. 454599
Niles, Barton & Wilmer LLP
111 South Calvert Street, Suite 1400
Baltimore, MD 21202-6185
(410) 783-6300
*Counsel for National Union Fire Ins. Co. of Pittsburgh, PA*