UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **D.L.I. INCORPORATED,** )<br>)<br>    **Plaintiff,** )<br>)<br>    v.   )<br>)<br>**JEFFERSON MILLWORK AND DESIGN,** )<br>**INC.,** *et al*. )<br>)<br>    **Defendants.** )<br>_____)  | **Case No. 1:06CV00874 (RJL)** |

## DISCLOSURE OF CORPORATE INTEREST

Pursuant to Local Rule 7.1, we certify, as counsel of record for National Union Fire Insurance Company of Pittsburgh, PA ("National Union"), that to the best of our knowledge and belief, the following are parent companies, subsidiaries or affiliates of National Union which have any outstanding securities in the hands of the public:

American International Group, Inc.

These representations are made in order that the Judges of this Court may determine the need for recusal.

Respectfully submitted,

　　　　　　/s/
Christopher J. Heffernan, DC Bar No. 34930
Bambi W. Stevens, DC Bar No. 454599
Eric G. Korphage, DC Bar No. 483144
Niles, Barton & Wilmer LLP
111 South Calvert Street, Suite 1400
Baltimore, MD 21202-6185
(410) 783-6300
*Counsel for National Union Fire Ins. Co. of Pittsburgh, PA*