IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

D.L.I. INCORPORATED

    Plaintiff,

vs.

JEFFERSON MILLWORK
AND DESIGN, INC., et al.

    Defendant(s).

Civil Case No. 06cv874 (RJL)

FILE COPY

## NOTICE OF DISCOVERY

TO THE CLERK OF SAID COURT:

    PLEASE take notice that on this 7th day of September 2006, Plaintiff served, via first class mail, postage prepaid, Discovery consisting of Plaintiff's Interrogatories, and Requests for Production of Documents and Things, on the Defendant Jefferson Millwork and Design, Inc., Fidelity and Deposit Company of Maryland and National Union Fire Insurance Company.

                             Respectfully submitted,

                             _____
                             Shawn C. Whittaker
                             902 Wind River Lane
                             Suite 203
                             Gaithersburg, MD 20878

NOTICE OF DISCOVERY - 1

PLAINTIFF'S EXHIBIT A

THE LAW OFFICE OF SHAWN C. WHITTAKER, PC
902 Wind River Lane – Suite 203
Gaithersburg, MD 20878
Tel: 240.477.167 / Fax: 240.477.1679

CERTIFICATE OF SERVICE

I HEREBY certify that on this 7th day of September, 2006, a copy of the foregoing Notice was served, via first class mail, postage prepaid on Jefferson Millwork and Design, Inc., Fidelity and Deposit Company of Maryland, C/O: Geoffrey S. Gavett, Esq., Gavett And Datt, P.C., 15850 Crabbs Branch Way, Suite 180, Rockville, MD 20855, and National Union Fire Insurance Company, C/O: Bambi Stevens, Esq., Niles, Barton & Wilmer, LLP, 111 South Calvert Street, Suite 1400, Baltimore, MD 21202-6185.

_____
Shawn C. Whittaker

NOTICE OF DISCOVERY - 2

THE LAW OFFICE OF SHAWN C. WHITTAKER, PC
902 Wind River Lane – Suite 203
Gaithersburg, MD 20878
Tel: 240.477.167 / Fax: 240.477.1679

THE LAW OFFICE OF
## SHAWN C. WHITTAKER, P.C.
SUITE 203
902 WIND RIVER LANE
GAITHERSBURG, MARYLAND 20878
PHONE (240) 477-1677
FAX (240) 477-1679

SHAWN C. WHITTAKER
ADMITTED IN MD, VA, DC
shawn@whittaker-law.com

JARRETT L. LEVITSKY
ADMITTED IN MD
jarrett@whittaker-law.com

October 18, 2006

Geoffrey S. Gavett, Esq.
Gavett & Datt, P.C.
15850 Crabbs Branch Way, Suite 180
Rockville, MD 20855

Re:  D.L.I. Incorporated v. Jefferson Millwork & Design, Inc., et al. Civil Case No.06cv874 (RJL), ("IMF Project")

Dear Mr. Gavett:

Please reference the above-noted matter and my client's discovery requests of September 7, 2006. Responses to the requests were due on or about October 7, 2006.

As of this date, I have received no responses to the discovery requests. Therefore, I ask that your client immediately respond to the discovery requests. In the event that your client does not respond by October 25, 2006, I will have to file a motion to compel to protect my client. This letter is being sent as a good faith attempt to resolve a discovery dispute pursuant to Fed R. Civ. P. 37.

Please do not hesitate to call with any further questions or concerns.

Truly yours,

Shawn C. Whittaker



PLAINTIFF'S EXHIBIT
B