**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,
for the use and benefit of
D.L.I. INCORPORATED

      Plaintiff,

vs.

                          Case No.06cv-874 (RJL)

JEFFERSON MILLWORK AND DESIGN, INC.,
    et al.

      Defendant(s).

<u>**ORDER**</u>

UPON CONSIDERATION of the Plaintiff's Motion to Compel Discovery as to the Defendant Jefferson Millwork and Design, Inc. and the exhibits attached thereto and any opposition filed in response to the Motion; it is this _____ day of _____, 2006;

ORDERED that the Plaintiff's Motion is GRANTED; and it is further

ORDERED that the Defendant file complete responses to Plaintiff's Discovery Requests within ____ days of this Order; and it is further

ORDER - 1

THE LAW OFFICE OF SHAWN C. WHITTAKER, PC
902 Wind River Lane – Suite 203
Gaithersburg, MD 20878
Tel: 240.477.1677 / Fax: 240.477.1679
shawn@whittaker-law.com

ORDERED that Defendant pay Plaintiff's attorneys' fees in the amount of $_____ within _____ days of the date of this Order.


_____
Judge Richard J. Leon
United States District Court for the
District of Columbia

THE LAW OFFICE OF SHAWN C. WHITTAKER, PC
902 Wind River Lane – Suite 203
Gaithersburg, MD 20878
Tel: 240.477.1677 / Fax: 240.477.1679
shawn@whittaker-law.com