UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| D.L.I. INCORPORATED | : | |
| Plaintiff | : | |
| v. | : | Case No.: 1:06CV00874 |
| | | Judge: Richard J. Leon |
| JEFFERSON MILLWORK AND DESIGN, INC., et al. | : | |
| | : | |
| Defendants | | |

## OPPOSITION TO MOTION TO COMPEL

Defendant Jefferson Millwork and Design, Inc. opposes the Motion to Compel filed by plaintiff, D.L.I. Incorporated, in the above-captioned matter as follows:

1. As of the filing of this Opposition, the defendant has fully responded to the outstanding discovery in the form of Answers to Interrogatories and Responses to the Request for Production of Documents transmitted via facsimile, e-mail and U.S. Mail.

2. Plaintiff was not prejudiced by the delay in providing these discovery responses. Over six months ago, defendant provided plaintiff with a detailed binder of documentation and summaries explaining defendant's reconciliation of the sums in dispute between the parties. A Table of Contents for this binder is attached hereto as Exhibit A. As revealed by the Table of Contents, defendant's binder of information is extremely comprehensive and well organized.

3. Plaintiff's written discovery seeks production of information that is almost entirely redundant of the information produced in the binder of information referenced above.

4.	The Motion to Compel has, by virtue of the submission of the Answers to Interrogatories and Responses to Production of Documents, become moot.

        Respectfully submitted,

        GAVETT AND DATT, P.C.

        BY    /s/
        Geoffrey S. Gavett
        D.C. Bar No. 375884
        15850 Crabbs Branch Way
        Suite 180
        Rockville, Maryland 20855-2622
        (301) 948-1177
        **Counsel for Defendant Jefferson Millwork & Design, Inc.**

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing Opposition was electronically served on this 12th day of December, 2006 to:

| | |
|---|---|
| Shawn C. Whittaker, Esquire<br>9011 Comprint Court, Suite 340<br>Gaithersburg, Maryland 20877<br>(301) 208-9114 | **Counsel for Plaintiff** |
| Christopher J. Heffernan<br>Eric C. Korphage<br>Bambi W. Stevens<br>Niles, Barton & Witmer, LLP<br>111 South Calver Street, Suite 1400<br>Baltimore, Maryland 21202-6185 | **Counsel for National Union Fire Ins. Co.<br>of Pittsburgh, PA** |

                                                                                                   /s/
                                                Geoffrey S. Gavett

F:\Data\GD\Corporate\423.000\423.001\Pleadings\response to motion to compel.wpd

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| D.L.I. INCORPORATED | : | |
| Plaintiff | : | |
| v. | : | Case No.: 1:06CV00874<br>Judge: Richard J. Leon |
| JEFFERSON MILLWORK<br>AND DESIGN, INC., et al. | : | |
| | : | |
| Defendants | | |

## ORDER

UPON CONSIDERATION OF the plaintiff's Motion to Compel Discovery, and the Opposition thereto of defendant Jefferson Millwork & Design, Inc., it appearing that the discovery at issue has now been produced, it is this _____ day of _____, 2006

ORDERED, that plaintiff's Motion to Compel is hereby DENIED as MOOT.

_____
Richard J. Leon, United States
District Judge

cc:   Shawn C. Whittaker, Esquire
      Law Office of Shawn C. Whittaker, P.C.
      902 Wind River Lane, Suite 203
      Gaithersburg, Maryland 20878
      **Counsel for Plaintiff**

      Geoffrey S. Gavett, Esquire
      Gavett and Datt, P.C.
      15850 Crabbs Branch Way, Suite 180
      Rockville, Maryland 20855-2622
      **Counsel for Defendant Allegheny Jefferson Millwork, LLC**

      Christopher J. Heffernan, Esquire

Eric C. Korphage, Esquire
Bambi W. Stevens, Esquire
Niles, Barton & Witmer, LLP
111 South Calver Street, Suite 1400
Baltimore, Maryland 21202-6185
**Counsel for Defendant National Union Fire Ins. Co.**
**of Pittsburgh, PA**