**Table of Contents**

| # | |
|---|---|
| 1 | Summary Statement |
| 2 | Accounting Summary and Prior Halted Negotiations |
| 3 | Purchase Order / Scope Negotiations / Deletions |
| 4 | Base Contract Invoice & Payment Copies |
| 5 | Extra Work Ticket Invoice & Payment Copies |
| 6 | Invoice 4040 |
| 7 | Invoice 4285 |
| 8 | Invoice 4286 |
| 9 | Invoice 4296 |
| 10 | Invoice 4309 |
| 11 | Invoice 4313 |
| 12 | Invoice 4321 |
| 13 | Invoice 4359 |
| 14 | Invoice 44386 |
| 15 | Invoice 4396 |
| 16 | Invoice 4402 |
| 17 | Invoice 4436 |
| 18 | Invoice 4400 |
| 19 | Invoice 4401 |
| 20 | Invoice 4401 – Revised |
| 21 | Invoice 4404 |
| 22 | Invoice 4422 |
| 23 | Invoice 4572 |
| 24 | Wood Base |
| 25 | S.I. Rooms |
| 26 | North Security Desk |
| 27 | |
| 28 | |
| 29 | |
| 30 | |
| 31 | |

**EXHIBIT A**