**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>for the use and benefit of<br>D.L.I. INCORPORATED<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JEFFERSON MILLWORK AND DESIGN, INC.,<br>　　　et al.<br><br>　　　　Defendant(s). | Case No.06cv-874 (RJL) |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S OPPOSITION TO**
**PLAINTIFF'S MOTION TO COMPEL**

COMES NOW the Plaintiff, D.L.I. Incorporated, (hereinafter "DLI"), by and through counsel Shawn C. Whittaker, and submits this Response to Defendant's Opposition to Plaintiff's Motion to Compel Discovery and in support thereof states the following:

**I.    DEFENDANT IS REQUIRED TO PAY ATTORNEYS' FEES.**

As is detailed in Plaintiff's Motion, Plaintiff served discovery requests on the Defendant on September 7, 2006. Thereafter, Plaintiff's counsel attempted to contact Defendant's counsel to obtain the discovery responses. Finally, Defendant's counsel informed Plaintiff's counsel that discovery would be produced on or before November 17, 2006. On December 12, 2006, concurrently with the filing of Defendant's Opposition to

RESPONSE TO OPPOSITION TO MOTION TO COMPEL - 1

THE LAW OFFICE OF SHAWN C. WHITTAKER, PC
902 Wind River Lane – Suite 203
Gaithersburg, MD 20878
Tel: 240.477.1677 / Fax: 240.477.1679
shawn@whittaker-law.com

Plaintiff's Motion to Compel, Defendant faxed and mailed discovery responses to Plaintiff. (Plaintiff did not receive the responses until December 18, 2006 because Defendant's counsel did not mail the responses to counsel's correct address).

Fed. R. Civ. P. 37(a)(4) explicitly requires the Defendant to pay attorneys' fees and costs.

> If the motion is granted or if the disclosure or **requested discovery is provided after the motion was filed**, the court **shall**, after affording an opportunity to be heard, require the party or deponent whose conduct necessitated the motion or the party or attorney advising such conduct or both of them to pay to the moving party the reasonable expenses incurred in making the motion, including attorney's fees, unless the court finds that the motion was filed without movant's first making a good faith effort to obtain the disclosure of discovery without court action, or that the opposing party's nondisclosure, response or objection was substantially justified or that other circumstances make an award of expense unjust. (emphasis added).

Plaintiff had to file its Motion to Compel because despite Plaintiff's numerous good-faith attempts to obtain discovery, Defendant simply ignored the discovery rules as well as Plaintiff's requests. In fact, Plaintiff waited until after November 17, 2006, the date provided by Defendant's counsel, to file the Motion. Defendant's actions mandated the filing of a motion to compel, Defendant did not respond to discovery until Plaintiff filed the

RESPONSE TO OPPOSITION TO MOTION TO COMPEL - 2

THE LAW OFFICE OF SHAWN C. WHITTAKER, PC
902 Wind River Lane – Suite 203
Gaithersburg, MD 20878
Tel: 240.477.1677 / Fax: 240.477.1679
shawn@whittaker-law.com

Motion, and therefore, sanctions must be imposed pursuant to Fed. R. Civ. P. 37(a)(4).

## II. PLAINTIFF HAS BEEN SUBSTANTIALLY PREJUDICED BY DEFENDANT'S ACTIONS.

Despite Defendant's counsel representation, Plaintiff has been substantially prejudiced by Defendant's actions. Defendant's discovery responses are severely inadequate. Consequently, on December 19, 2006, Plaintiff's counsel sent Defendant's counsel a letter detailing the inadequate responses and requesting Defendant to supplement the responses. Plaintiff is required by the discovery rules to make a good faith effort to resolve discovery disputes prior to filing a motion to compel. Plaintiff would have been able to address the inadequate discovery responses months ago if Defendant had responded in a timely fashion.

Additionally, the discovery cut-off date is in the near future. Plaintiff and Plaintiff's counsel, due to Defendant's actions, is forced to cram document review and depositions into a very narrow time frame. Plaintiff may now need to request additional discovery time, again due to Defendant's actions. Basically, Plaintiff has been prejudiced for being courteous to Defendant and its counsel.

RESPONSE TO OPPOSITION TO MOTION TO COMPEL - 3

THE LAW OFFICE OF SHAWN C. WHITTAKER, PC
902 Wind River Lane – Suite 203
Gaithersburg, MD 20878
Tel: 240.477.1677 / Fax: 240.477.1679
shawn@whittaker-law.com

**III. CONCLUSION.**

Plaintiff DLI Incorporated respectfully requests this Court to Order Defendant to pay Plaintiff attorneys' fees in the amount of $380.00 ($190.00 X 2 hours) for the filing and presenting of the Motion to Compel.

Respectfully submitted,

_____
Shawn C. Whittaker, DC Bar #468533
The Law Office of Shawn C. Whittaker, P.C.
902 Wind River Lane
Suite 203
Gaithersburg, MD 20878

RESPONSE TO OPPOSITION TO MOTION TO COMPEL - 4

THE LAW OFFICE OF SHAWN C. WHITTAKER, PC
902 Wind River Lane – Suite 203
Gaithersburg, MD 20878
Tel: 240.477.1677 / Fax: 240.477.1679
shawn@whittaker-law.com