IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>for the use and benefit of<br>D.L.I. INCORPORATED<br><br>      Plaintiff,<br><br>vs.<br><br>JEFFERSON MILLWORK AND DESIGN, INC.,<br>    et al.<br><br>      Defendant(s). | Case No.06cv-874 (RJL) |

## JOINT STATUS REPORT

COMES NOW the parties by and through their undersigned counsel and submits this joint status report to the Court pursuant to this Court's Order of November 20, 2006 and as such states as follows:

### Alternative Dispute Resolution

The parties participated in a mediation conference through the United States District Court Mediation Program administered by the Office of the Circuit Executive. The mediation was conducted on Monday, August 21, 2006. The parties were unable to arrive at a settlement of this matter.

### Pretrial Scheduling Order

Plaintiff and defendant Jefferson Millwork & Design, Inc. submitted a Joint Meet and Confer Statement pursuant to LCvR 16.3(d) on June 19, 2006 (Docket Entry #11). Defendant National

Union Fire Insurance Company submitted a separate Meet and Confer Statement on July 19, 2006 (Docket Entry #15). However, the Court has not yet entered a Scheduling Order pursuant to LCvR 16.4.

Pending Motions

Plaintiff has filed a Motion to Compel Discovery as to the Defendant Jefferson Millwork and Design, Inc., which Jefferson opposed on December 12, 2006. Plaintiff replied to Jefferson's Opposition on December 19, 2006.

Discovery

The parties are currently conducting discovery. Discovery is scheduled to close on February 1, 2006 under the schedule proposed in the parties' Meet and Confer Statement.

Defendant Jefferson transmitted Answers to Interrogatories and Responses to Requests for Production of Documents to counsel for Plaintiff via e-mail (.pdf image attached) and U.S. Mail on December 12, 2006. Plaintiff received the hard copy of these discovery responses in the mail on December 18, 2006. On December 19, 2006, Plaintiff sent Jefferson's counsel a letter requesting Jefferson to supplement its discovery responses.

Plaintiff has requested dates from Defendant Jefferson to schedule depositions and to review documents. Defendant Jefferson will be requesting deposition dates from Plaintiff's corporate representative as well.

Respectfully submitted,

        /s/
———————————————
Shawn C. Whittaker
Bar No. #468533
902 Wind River Lane, Suite 203
Gaithersburg, MD 20878
shawn@whittaker-law.com

**Counsel for Plaintiff D.L.I. Incorporated**


        /s/
———————————————
Geoffrey S. Gavett, Esq.
Gavett and Datt, PC
DC Bar 375884
15850 Crabbs Branch Way
Rockville, MD 20855
(301) 948-1177

**Counsel for Jefferson Millwork & Design, Inc., and Fidelity Deposit and Insurance Co., Inc.**


        /s/
———————————————
Bambi W. Stevens, Esquire
Niles, Barton & Wilmer. LLP
111 S. Calvert Street, 14th Floor
Baltimore, Maryland 21202
(410) 783-6396

**Counsel for Defendant National Union Fire Insurance Company**