**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>for the use and benefit of<br>D.L.I. INCORPORATED<br><br>       Plaintiff,<br><br>vs.<br><br>JEFFERSON MILLWORK AND DESIGN, INC.,<br>    et al.<br><br>       Defendant(s). | Case No.06cv-874 (RJL) |

**NOTICE OF DEPOSITION OF CORPORATE DESIGNEE(S)**

    Pursuant to Fed R. Civ. P. 30(b)(6), please take notice that on January 23, 2006 counsel for Plaintiff D.L.I., Inc. ("DLI") will take the deposition by oral examination of Jefferson Millwork and Design, Inc. ("Jefferson") at the Law Office of Shawn C. Whittaker, P.C., 902 Wind River Lane, Suite 203, Gaithersburg, MD 20878.  The deposition will start at 2:00 p.m.  A duly authorized court reporter shall administer the oath and record the deposition by stenographic means.

    Pursuant to Fed. R. Civ. P. 30(b)(6), Jefferson is required to designate one or more officers, directors, managing agents, or other persons who consent to testify on Jefferson's behalf about the following subjects:

NOTICE OF DEPOSITION - 1                                 THE LAW OFFICE OF SHAWN C. WHITTAKER, PC
                                                                             902 Wind River Lane – Suite 203
                                                                                         Gaithersburg, MD 20878
                                                                                    Tel: 240.477.1677 / Fax: 240.477.1679

1.  The defenses raised in Jefferson's Answer to DLI's Complaint, including all facts that support, rebut, or relate thereto.

2.  The contract(s) including all agreed to and disputed contract modifications or change orders ("the Subcontract"), between DLI and Jefferson relating to the International Monetary Fund ("IMF") Project.

3.  Any complaints concerning DLI's work on the IMF Project.

4.  Jefferson's communications or correspondence with DLI relating to the IMF Project.

5.  Jefferson's communications or correspondence with any other person or entity relating to the IMF Project.

6.  Any notices received by Jefferson in connection with the IMF Project.

7.  Any proofs of claim received by Jefferson in connection with the IMF Project.

8.  Any correspondence relating to any claim made by Jefferson against any subcontractor or contractor on the Project.

9.  Any correspondence relating to any claim made by the District against Clark on the Project.

10. All documents produced by Jefferson in the above referenced case.

11. Jefferson's responses to Plaintiff's Interrogatories.

12. Jefferson's dealings with the other subcontractors on the IMF Project.

13. Jefferson's payments to its subcontractors and suppliers in connection with the IMF Project.

14. The corporate structure of Jefferson.

15. Documents provided or obtained from others relating to the IMF Project.

16. All meetings between Jefferson and Clark relating to the IMF Project.

17. All communications between Jefferson and any party relating to the IMF Project.

18. Any Jefferson actions to mitigate damages.

19. The current status of the IMF Project.

20. Any change orders, back charges or set-offs related to the IMF Project.

21. Any payments made to Jefferson.

22. Bond notices on projects in which Jefferson has been involved, especially the IMF Project.

23. Liquidated damages against Jefferson.

24. Liquidated damages against DLI.

Respectfully submitted,

_____
Shawn C. Whittaker
DC Bar # 468533
Law Office of Shawn C. Whittaker, P.C.
902 Wind River Lane
Suite 203
Gaithersburg, MD 20878
(301)208-9114


**CERTIFICATE OF SERVICE**

I HEREBY certify that on this 28th day of December, 2006, a copy of the foregoing Notice was served, via first class mail, postage prepaid on the Defendants C/o: Geoffrey S. Gavett, Esq., Gavett And Datt, PC, 15850 Crabbs Branch Way, Suite 180, Rockville, MD 20850 and Bambi Stevens, Esq., Niles, Barton & Wilmer, LLP, 111 South Calvert Street, Suite 1400, Baltimore, MD 21202-6185.

_____
Shawn C. Whittaker