IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>for the use and benefit of<br>D.L.I. INCORPORATED<br><br>      Plaintiff,<br><br>vs.<br><br>JEFFERSON MILLWORK AND DESIGN, INC.,<br>    et al.<br><br>      Defendant(s). | Case No.06cv-874 (RJL) |

**NOTICE OF DEPOSITION OF SANFORD BISHOP**

Pursuant to Fed R. Civ. P. 30(a)(1), please take notice that on January 23, 2006 counsel for Plaintiff D.L.I., Inc. ("DLI") will take the deposition by oral examination of Sanford Bishop ("Bishop") at the Law Office of Shawn C. Whittaker, P.C., 902 Wind River Lane, Suite 203, Gaithersburg, MD 20878. The deposition will start at 10:00 a.m. A duly authorized court reporter shall administer the oath and record the deposition by stenographic means.

Mr. Bishop will be asked to testify about any and all information related to the IMF Project, his relationship with Jefferson Millwork & Design, Inc., his relationship with DLI and Dale Lacy, and any and all communications regarding payment to DLI.

NOTICE OF DEPOSITION - 1

THE LAW OFFICE OF SHAWN C. WHITTAKER, PC
902 Wind River Lane – Suite 203
Gaithersburg, MD 20878
Tel: 240.477.1677 / Fax: 240.477.1679

Respectfully submitted,

_____
Shawn C. Whittaker
DC Bar # 468533
Law Office of Shawn C. Whittaker, P.C.
902 Wind River Lane
Suite 203
Gaithersburg, MD 20878
(301)208-9114

**CERTIFICATE OF SERVICE**

    I HEREBY certify that on this 12th day of January, 2007, a copy of the foregoing Notice was served, via first class mail, postage prepaid on the Defendants C/o: Geoffrey S. Gavett, Esq., Gavett And Datt, PC, 15850 Crabbs Branch Way, Suite 180, Rockville, MD 20850 and Bambi Stevens, Esq., Niles, Barton & Wilmer, LLP, 111 South Calvert Street, Suite 1400, Baltimore, MD 21202-6185.

_____
Shawn C. Whittaker

NOTICE OF DEPOSITION - 2

THE LAW OFFICE OF SHAWN C. WHITTAKER, PC
902 Wind River Lane – Suite 203
Gaithersburg, MD 20878
Tel: 240.477.1677 / Fax: 240.477.1679