IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

D.L.I. INCORPORATED

      Plaintiff,

vs.

JEFFERSON MILLWORK
AND DESIGN, INC., et al.

      Defendant(s).

Civil Case No. 06cv874 (RJL)

**FILE COPY**

### FIRST SET OF INTERROGATORIES TO DEFENDANT JEFFERSON MILLWORK AND DESIGN, INC.

TO:      JEFFFERSON MILLWORK AND DESIGN, INC.
         C/O: Geoffrey S. Gavett, Esq.
         Gavett And Datt, P.C.
         15850 Crabbs Branch Way
         Rockville, MD 20855

FROM:    D.L.I., INC.
         C/O: Shawn C. Whittaker, Esq.
         902 Wind River Lane
         Suite 203
         Gaithersburg, MD 20878

Now comes the Plaintiff D.L.I., Inc. ("D.L.I."), by and through counsel Shawn C. Whittaker, pursuant to SCR-Civil 26 and 33, and requests you to answer fully and under oath the Interrogatories set forth herein in accordance with the instructions prescribed below.

### Instructions for Answering Interrogatories

INTERROGATORIES - 1

THE LAW OFFICE OF SHAWN C. WHITTAKER, PC
902 Wind River Lane – Suite 203
Gaithersburg, MD 20878
Tel: 240.477.1677 / Fax: 240.477.1679
shawn@whittaker-law.com

PLAINTIFF'S EXHIBIT

C

ALL-STATE LEGAL®

(a)  These Interrogatories are continuing and the answers are to be modified or supplemented from time to time if information requested in these Interrogatories is obtained at a later date by you, your representatives, agents, servants or counsel.

(b)  These Interrogatories seek all information that is known to you, your representatives, family members, officers, employees, members, directors, stockholders, agents, servants, administrators, managers, accountants, or investigators, subsidiary companies, parent companies, and unless otherwise privileged, your counsel.

(c)  The words "you" or "your" refer to the party to whom these Interrogatories are addressed.

(d)  "Defendant" "you," or "your" means Defendant Jefferson Millwork and Design, Inc. ("Jefferson") and any other name used by the Defendant or by which Defendant is or was referred to, its officers, employees, members, directors, stockholders, agents, servants, administrators, accountants, or investigators, or other Persons acting on Defendant's behalf, including attorneys.

(e)  "Plaintiff" means Plaintiff D.L.I., Inc. and any other name used by the Plaintiff or by which Plaintiff is or was referred to, its officers, employees, members, directors, stockholders, agents, servants, administrators, accountants, or

INTERROGATORIES - 2

THE LAW OFFICE OF SHAWN C. WHITTAKER, PC
902 Wind River Lane – Suite 203
Gaithersburg, MD 20878
Tel: 240.477.1677 / Fax: 240.477.1679
shawn@whittaker-law.com

investigators, or other Persons acting on Plaintiff's behalf, including attorneys.

(f) "Jefferson" means the Defendant Jefferson Millwork and Design, Inc. and any other name used by the Defendant or by which Defendant is or was referred to, its officers, employees, members, directors, stockholders, agents, servants, administrators, accountants, or investigators, or other Persons acting on Defendant's behalf, including attorneys.

(g) "International Monetary Fund Project" (hereinafter "IMF Project") or "The Project" means the renovations for the IMF offices located at 700 19th Street, NW, Washington, DC.

(h) "The Complaint" means the Complaint filed by D.L.I. against the Defendant.

(i) Each and every request to identify any record, document or other writing shall include the following:

(1) The date same was dated or otherwise prepared;

(2) The name, address and title of the person preparing same;

(3) The name, address and title of the person for or to whom the same was prepared or addressed;

(4) The name, address and title of all persons to whom copies of the same were furnished or otherwise forwarded and the title or other identifying designation given the same;

INTERROGATORIES - 3

THE LAW OFFICE OF SHAWN C. WHITTAKER, PC
902 Wind River Lane – Suite 203
Gaithersburg, MD 20878
Tel: 240.477.1677 / Fax: 240.477.1679
shawn@whittaker-law.com

(5) The subject matter and content of the same; and

(6) The name, address, location and title of the person or persons having possession, custody or control of the same at the present time.

(j) Any requests to identify a person shall include identification fully as to:

(1) Name;

(2) Business address and telephone number;

(3) Home address and telephone number;

(4) Title, occupation and employer.

(k) Any requests for oral communication shall include identification fully as to:

(1) the name and the person making the communication and the names of the persons present while the communication was made;

(2) the date and the place of the communication; and

(3) the subject matter of the communication.

**NOTE:**    **PLEASE READ ALL DEFINITIONS AND INSTRUCTIONS PRIOR TO ANSWERING.**

THE LAW OFFICE OF SHAWN C. WHITTAKER, PC
902 Wind River Lane – Suite 203
Gaithersburg, MD 20878
Tel: 240.477.1677 / Fax: 240.477.1679
shawn@whittaker-law.com

II.   INTERROGATORIES.

    1.    State fully the name, business address, home address, telephone number, and the position of the person answering these Interrogatories.

    2.    List the name, home address, business address, business phone number, and home phone number of every person that you are aware of that has knowledge of the allegations contained in Plaintiff's Complaint, and state the substance of their knowledge.

    3.    Identify any expert witness you intend to call at trial, and provide a complete statement of all opinions to be expressed and the basis and reasons therefore; the data or other information considered by the witness in forming the opinions; any exhibits to be used as a summary of or support for the opinions; the qualifications of the witness, including a list of all publications authored by the witness within the preceding ten years; the compensation to be paid for the study and testimony; and a listing of any other cases in which the witness has testified as an expert at trial or by deposition within the preceding four years.

    4.    Identify any and all complaints, whether oral or written, and/or alleged deficiencies, whether oral or written, and/or compliments concerning D.L.I.'s work or the quality of

INTERROGATORIES - 5

THE LAW OFFICE OF SHAWN C. WHITTAKER, PC
902 Wind River Lane – Suite 203
Gaithersburg, MD 20878
Tel: 240.477.1677 / Fax: 240.477.1679
shawn@whittaker-law.com

D.L.I.'s work on the IMF Project made by you or anyone else or to you, including but not limited to, the date of the communication, the time of the communication, the manner of the communication, the person making the communication, the person to whom the communication was directed, and the substance of the communication.

5.   List all payments that you or someone on your behalf made to D.L.I. for performance, labor or materials supplied on the IMF Project and include in your answer the date of the payment, the amount of the payment, the work covered by the payment, and the invoice or payment application covered by the payment.

6.   If you intend to rely on any documents or other tangible things to support a position that you have taken or intend to take in the action, provide a brief description, by category and location, of all such documents or tangible things, and identify all persons having possession, custody, or control of them.

7.   If you or any of your representatives are aware of any conversations or statements made or given by any party or agent of any party to this lawsuit or any witness which relates, directly or indirectly, to any claim and/or defense involved herein, state the name and address of each and every person

INTERROGATORIES - 6

THE LAW OFFICE OF SHAWN C. WHITTAKER, PC
902 Wind River Lane – Suite 203
Gaithersburg, MD 20878
Tel: 240.477.1677 / Fax: 240.477.1679
shawn@whittaker-law.com

involved, directly or indirectly, in the conversation or statement; the date each conversation or statement took place; the name, business and home address, and business and home telephone number of the individual or entity engaging in or making such conversation or statement and the substance of each conversation or statement; if any portion of each conversation or statement identified is in writing or recorded on audio tape or by any other means, describe the writing/recording in detail, and identify the present custodian of the original writing/recording.

8.  Describe in detail any work which D.L.I. was contracted to perform but that was not done or completed by D.L.I.

9.  Provide a detailed list of all backcharges or deductive changes issued to D.L.I. on the IMF Project, and include in your answer the date of the backcharge or deductive change, the amount of the backcharge or deductive change, the reason for the backcharge or deductive change, how the backcharge or deductive change was documented, the date the backcharge or deductive change was communicated to D.L.I., how the backcharge or deductive change was communicated to D.L.I., and whether D.L.I. accepted the backcharge or deductive change.

INTERROGATORIES - 7

THE LAW OFFICE OF SHAWN C. WHITTAKER, PC
902 Wind River Lane – Suite 203
Gaithersburg, MD 20878
Tel: 240.477.1677 / Fax: 240.477.1679
shawn@whittaker-law.com

10. List the dates on which D.L.I. was scheduled to begin and end work on the IMF Project, and identify the source for such dates.

11. Identify all schedules which you contend relate to D.L.I.'s scheduled performance on the IMF Project.

12. List all costs and other damages that Jefferson has incurred due to the fault of D.L.I., and the reasons for such costs and damages.

13. List in detail any amounts that have not yet been paid to D.L.I., and list the reasons for such non-payment.

14. List any and all defenses that you intend to raise against D.L.I.'s claim.

15. State whether you admit that there is a balance currently owed to D.L.I. on the IMF Project, and if your answer is "yes," state the amount that you admit that is owed, and the reasons why that amount has not been paid to D.L.I.

16. State whether at any time Jefferson agreed to pay any amount of D.L.I.'s current claim to D.L.I., and if your answer is "yes," state the amount that Jefferson agreed to pay, the date that Jefferson agreed to pay, and why that amount was not paid to D.L.I..

17. List in detail all change orders or additional work instructions issued by Jefferson or any other party to D.L.I. on the IMF Project, and include the value of the

INTERROGATORIES - 8

THE LAW OFFICE OF SHAWN C. WHITTAKER, PC
902 Wind River Lane – Suite 203
Gaithersburg, MD 20878
Tel: 240.477.1677 / Fax: 240.477.1679
shawn@whittaker-law.com

change order or additional work, the nature of the change order or additional work, whether D.L.I. was paid for the change order or additional work, whether the change order work or other additional work was performed by D.L.I. or accepted by D.L.I., and whether the change order or additional work instruction was oral or written.

18. Have all amounts claimed by D.L.I. on the IMF Project been submitted to the general contractor by Jefferson, and if your response is "no," state the reason why the amounts have not been submitted to the general contractor.

19. State the total amount billed by Jefferson to the general contractor and the total amount paid by the general contractor to Jefferson on the IMF Project.

20. If you dispute or do not accept any of D.L.I.'s "field tickets" or "work tickets," state the basis for your non-acceptance or denial, and include in your response a description of each field ticket or work ticket, the date of the field ticket or work ticket which was not accepted, the amount of the field ticket or work ticket.

21. Describe in detail any punch lists that were issued on the Courthouse Project to D.L.I., and include in your answer the date of the punch list, how the punch list was provided to D.L.I., any items on the punch list which were not completed on

INTERROGATORIES - 9

THE LAW OFFICE OF SHAWN C. WHITTAKER, PC
902 Wind River Lane   Suite 203
Gaithersburg, MD 20878
Tel: 240.477.1677 / Fax: 240.477.1679
shawn@whittaker-law.com

the punch list by D.L.I., who the items were completed by, the date the items were completed, and the cost of completing each items.

22. State the basis for Jefferson's contention that it should receive an Owner Controlled Insurance Program ("OCIP") credit from Jefferson, and include in your answer the amount of the credit Jefferson believes it is entitled to, when, who, and in what manner D.L.I. agreed to provide Jefferson an OCIP credit, and whether D.L.I. maintained its own worker's compensation insurance on the IMF project.

23. State the basis for your Fourth Affirmative Defense that D.L.I.'s claims are barred by it owns breaches of the subcontract, and include in your answer how D.L.I. breached the subcontract which you reference.

Respectfully Submitted,

LAW OFFICE OF SHAWN C. WHITTAKER

Shawn C. Whittaker
Bar No. # 468533
902 Wind River Lane, Ste. 203
Gaithersburg, MD 20878
(240) 477-1677

INTERROGATORIES - 10

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of September, 2006, a copy of the foregoing Interrogatories were served, via first class mail, postage prepaid, on the Defendant C/O: Geoffrey S. Gavett, Esq., Gavett And Datt, P.C., 15850 Crabbs Branch Way, Suite 180, Rockville, MD 20855, and National Union Fire Insurance Company, C/O: Bambi Stevens, Esq., Niles, Barton & Wilmer, LLP, 111 South Calvert Street, Suite 1400, Baltimore, MD 21202-6185.

_____
Shawn C. Whittaker

INTERROGATORIES - 11

THE LAW OFFICE OF SHAWN C. WHITTAKER, PC
902 Wind River Lane · Suite 203
Gaithersburg, MD 20878
Tel: 240.477.1677 / Fax: 240.477.1679
shawn@whittaker-law.com