**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>for the use and benefit of<br>D.L.I. INCORPORATED<br><br>      Plaintiff,<br><br>vs.<br><br>JEFFERSON MILLWORK AND DESIGN, INC.,<br>    et al.<br><br>      Defendant(s). | Case No. 06cv-874 (RJL) |

**<u>ERRATA</u>**

TO THE CLERK OF SAID COURT:

    Please file the attached proposed order to the Plaintiff's Second Motion To Compel Discovery in this matter.

                                Respectfully submitted,

                                _____
                                Shawn C. Whittaker
                                Bar No. #468533
                                902 Wind River Lane, Suite 203
                                Gaithersburg, MD 20878
                                shawn@whittaker-law.com

ERRATA - 1

THE LAW OFFICE OF SHAWN C. WHITTAKER, PC
902 Wind River Lane – Suite 203
Gaithersburg, MD 20878
Tel: 240.477.1677 / Fax: 240.477.1679
shawn@whittaker-law.com