**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| D.L.I. INCORPORATED<br><br>   Plaintiff,<br><br>vs.<br><br>JEFFERSON MILLWORK AND DESIGN, INC.,<br>  et al.<br><br>   Defendant(s). | Case No.06cv874 (RJL) |

**ORDER**

UPON CONSIDERATION of the Plaintiff's Second Motion to Compel Discovery and the exhibits attached thereto and any opposition filed in response to the Motion; it is this _____ day of _____, 2007;

ORDERED that the Plaintiff's Motion is GRANTED; and it is further

ORDERED that the Defendant file complete responses to Plaintiff's Discovery Requests within ____ days of this Order; and it is further

ORDER - 1

THE LAW OFFICE OF SHAWN C. WHITTAKER, PC
902 Wind River Lane – Suite 203
Gaithersburg, MD 20878
Tel: 240.477.1677 / Fax: 240.477.1679
shawn@whittaker-law.com

ORDERED that Defendant pay Plaintiff's attorneys' fees in the amount of $_____ within _____ days of the date of this Order.

_____
Judge Ricard J. Leon
United States District Court for the
District of Columbia