UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

D.L.I. INCORPORATED           :

       Plaintiff           :

v.                            :          Case No.: 1:06CV00874
                                                                  Judge: Richard J. Leon
JEFFERSON MILLWORK            :
AND DESIGN, INC., et al.
                                         :

       Defendants

## JOINT MOTION TO STAY PROCEEDINGS
## IN LIGHT OF PENDING SETTLEMENT

The plaintiff, D.L.I., Incorporated, and the defendants, Jefferson Millwork and Design, Inc., Fidelity and Deposit Co. of Maryland, and National Union Fire Insurance Co., jointly move this Court for a stay of the proceedings in this matter in light of a pending settlement of the case. In support of this Motion, the parties state:

1.    Plaintiff D.L.I. and defendant Jefferson, on its own behalf and on behalf of defendants Fidelity & Deposit and National Union, have arrived at an agreement regarding a financial settlement of this matter.

2.    The settlement between D.L.I. and Jefferson will result in the dismissal with prejudice of the plaintiff's complaint against all defendants, including the surety defendants.

3.    The parties require 30 days to exchange and execute settlement documents and make payment of the settlement.

4.      In light of the foregoing settlement, the parties believe that it is in the interest of judicial economy and the avoidance of unnecessary legal expense to stay all proceedings in this matter pending completion of the settlement. Upon payment of the settlement by Jefferson, the parties anticipate that a Stipulation of Dismissal pursuant to Fed. R. Civ. Proc. 41(a)(ii) will be filed with the Court.

WHEREFORE, the parties jointly move for a stay of all proceedings in this matter pending completion of the parties' settlement.

Respectfully submitted,

_____/s/_____
Shawn C. Whittaker
Unified Bar No. #468533
902 Wind River Lane, Suite 203
Gaithersburg, MD 20878
shawn@whittaker-law.com

**Counsel for Plaintiff D.L.I. Incorporated**

_____/s/_____
Geoffrey S. Gavett, Esq.
Gavett and Datt, PC
DC Bar 375884
15850 Crabbs Branch Way
Rockville, MD 20855
ggavett@gavettdatt.com

**Counsel for Jefferson Millwork & Design, Inc., and Fidelity Deposit and Insurance Co., Inc.**

/s/
Bambi W. Stevens, Esquire
Niles, Barton & Wilmer. LLP
111 S. Calvert Street, 14th Floor
Baltimore, Maryland 21202
(410) 783-6396

**Counsel for Defendant National Union Fire Insurance Company**