UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| D.L.I. INCORPORATED | : | |
| Plaintiff | : | |
| v. | : | Case No.: 1:06CV00874<br>Judge: Richard J. Leon |
| JEFFERSON MILLWORK<br>AND DESIGN, INC., et al. | : | |
| | : | |
| Defendants | | |

## ORDER STAYING PROCEEDINGS

UPON CONSIDERATION OF the Parties' Joint Motion to Stay Proceedings in Light of Pending Settlement, it appearing that the parties have arrived at a settlement and require time to complete the settlement, it is this _____ day of _____, 2007

ORDERED, that Motion to Stay Proceedings is hereby GRANTED; and it is further

ORDERED, that the parties shall file with the Court a Stipulation of Dismissal with prejudice pursuant to Fed. R. Civ. Proc. 41(a)(ii) within 30 days of the entry of this Order.

_____
Richard J. Leon, United States
District Judge

cc: Shawn C. Whittaker, Esquire
Law Office of Shawn C. Whittaker, P.C.
902 Wind River Lane, Suite 203
Gaithersburg, Maryland 20878
**Counsel for Plaintiff**

Geoffrey S. Gavett, Esquire
Gavett and Datt, P.C.
15850 Crabbs Branch Way, Suite 180
Rockville, Maryland 20855-2622
**Counsel for Defendant Allegheny Jefferson Millwork, LLC**

Christopher J. Heffernan, Esquire
Eric C. Korphage, Esquire
Bambi W. Stevens, Esquire
Niles, Barton & Witmer, LLP
111 South Calver Street, Suite 1400
Baltimore, Maryland 21202-6185
**Counsel for Defendant National Union Fire Ins. Co.**
**of Pittsburgh, PA**