UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 26 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

D.L.I. INCORPORATED           :

      Plaintiff           :

v.                            :   Case No.: 1:06CV00874
                                                    Judge: Richard J. Leon

JEFFERSON MILLWORK
AND DESIGN, INC., et al.      :

      Defendants

### ORDER STAYING PROCEEDINGS

UPON CONSIDERATION OF the Parties' Joint Motion to Stay Proceedings in Light of Pending Settlement, it appearing that the parties have arrived at a settlement and require time to complete the settlement, it is this _26_ day of _Jan_, 2007

ORDERED, that Motion to Stay Proceedings is hereby GRANTED; and it is further

ORDERED, that the parties shall file with the Court a Stipulation of Dismissal with prejudice pursuant to Fed. R. Civ. Proc. 41(a)(ii) within 30 days of the entry of this Order.

_____
Richard J. Leon, United States
District Judge