UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| D.L.I. INCORPORATED | : | |
| Plaintiff | : | |
| v. | : | Case No.: 1:06CV00874<br>Judge: Richard J. Leon |
| JEFFERSON MILLWORK<br>AND DESIGN, INC., et al. | : | |
| | : | |
| Defendants | | |

## STIPULATION OF DISMISSAL
## WITH PREJUDICE

TO THE CLERK:

The plaintiff, D.L.I., Incorporated, and the defendants, Jefferson Millwork and Design, Inc., Fidelity and Deposit Co. of Maryland, and National Union Fire Insurance Co., pursuant to Fed. R. Civ. Proc. 41(a)(ii) hereby stipulate that the above-captioned matter be entered as "settled, satisfied and dismissed with prejudice." Each party shall bear their own costs.

Respectfully submitted,

/s/
Shawn C. Whittaker
Unified Bar No. #468533
902 Wind River Lane, Suite 203
Gaithersburg, MD 20878
shawn@whittaker-law.com

**Counsel for Plaintiff D.L.I. Incorporated**

            /s/
Geoffrey S. Gavett, Esq.
Gavett and Datt, PC
DC Bar 375884
15850 Crabbs Branch Way
Rockville, MD 20855
ggavett@gavettdatt.com

**Counsel for Jefferson Millwork & Design, Inc., and Fidelity Deposit and Insurance Co., Inc.**

            /s/
Bambi W. Stevens, Esquire
Niles, Barton & Wilmer. LLP
111 S. Calvert Street, 14th Floor
Baltimore, Maryland 21202
(410) 783-6396

**Counsel for Defendant National Union Fire Insurance Company**